IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD EVERETT CRONK,<br><br>    Petitioner,<br><br>vs.<br><br>ROBERT AYERS, JR., Warden,<br><br>    Respondent. | No. C 07-05313 TEH (PR)<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br><br>(Docket No. 2) |

On October 18, 2007, Petitioner, a California state prisoner incarcerated at San Quentin State Prison, filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging the California Board of Parole Hearings' ("BPH") decision to deny him parole on September 14, 2005. Petitioner has filed a motion to proceed in forma pauperis (Docket No. 2) pursuant to 28 U.S.C. § 1915(a).

According to Petitioner's income and prisoner trust account balance over the last six months, Petitioner has ample funds to pay the $5.00 filing fee. Accordingly, his motion for leave to proceed in forma pauperis is DENIED. (Docket No. 2.) Petitioner shall pay the $5.00 filing fee **within thirty (30) days** of the date this order is entered or this case will be dismissed. See Fed. R.Civ.P. 41(b).

IT IS SO ORDERED.

DATED: March 24, 2008

THELTON E. HENDERSON
United States District Judge