1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  JENNIFER A. NEILL
   Supervising Deputy Attorney General
5  AMANDA J. MURRAY, State Bar No. 223829
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5741
     Fax:  (415) 703-5843
8    Email:  Amanda.Murray@doj.ca.gov

9  Attorneys for Respondent

10

11              IN THE UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

| | |
|---|---|
| **DONALD EVERETT CRONK,** | C 07-05313 TEH |
| Petitioner, | **REQUEST FOR A NUNC PRO TUNC EXTENSION OF TIME TO FILE ANSWER; DECLARATION OF COUNSEL** |
| v. | |
| **ROBERT AYERS, JR., Warden,** | |
| Respondent. | Judge:    The Honorable Thelton E. Henderson |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **REQUEST FOR A NUNC PRO TUNC EXTENSION OF TIME TO FILE AN ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS.**

2

3    Petitioner Donald Everett Cronk is a California state inmate proceeding *pro se* in this

4    habeas corpus action.  Petitioner challenges the Board of Parole Hearings' 2005 decision to deny

5    him parole.  For the reasons set forth in the accompanying declaration of counsel, Respondent

6    respectfully requests a nunc pro tunc extension of time to file an Answer to Cronk's Petition for

7    Writ of Habeas Corpus.

8    Dated:  June 30, 2008

9    Respectfully submitted,

10   EDMUND G. BROWN JR.
     Attorney General of the State of California

11   DANE R. GILLETTE
     Chief Assistant Attorney General

12   JULIE L. GARLAND
13   Senior Assistant Attorney General

     JENNIFER A. NEILL
14   Supervising Deputy Attorney General

15

16

17

18   AMANDA J. MURRAY
     Deputy Attorney General
     Attorneys for Respondent

19

20   20119072.wpd
21   SF2008400771

22

23

24

25

26

27

28

Req. for Nunc Pro Tunc Ext. of Time to File a Reply; Decl. of Counsel          *Cronk v. Ayers*
                                                                                C 07-05313 THE

## DECLARATION OF COUNSEL

I, Amanda J. Murray, declare:

1.     I am an attorney licensed to practice before the courts of the State of California and this Court. I am employed by the California Office of the Attorney General as a Deputy Attorney General, in the Correctional Writs and Appeals section.

2.     I am the attorney assigned to respond to the petition for writ of habeas corpus filed by inmate Donald Everett Cronk.

3.     The Answer to Cronk's Petition for Writ of Habeas Corpus was due on June 27, 2008. Although the Answer was ready to be filed, a power outage in the Attorney General's Office in San Francisco prevented me from electronically filing the document on this date.

4.     As a result, I am respectfully requesting a nunc pro tunc extension of time to file the Answer to Cronk's Petition for Writ of Habeas Corpus. The Answer is filed concurrently with this Request. **[I assume no order is necessary because I'm filing the Answer concurrently with this EOT?]**

5.     Petitioner is representing himself and because he is currently incarcerated, he is not easily reachable for notification of my request.

6.     This request is not made for any purpose of harassment, undue delay, or for any improper reason.

I declare under penalty of perjury that the above is true and correct, and that this declaration was executed on June 30, 2008, in San Francisco, California.

AMANDA J. MURRAY
Deputy Attorney General

Req. for Nunc Pro Tunc Ext. of Time to File a Reply; Decl. of Counsel

*Cronk v. Ayers*
C 07-05313 THE

3

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Ayers v. Cronk**

No.:   **C 07-05313 TEH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **June 30, 2008**, I served the attached

### REQUEST FOR A NUNC PRO TUNC EXTENSION OF TIME TO FILE ANSWER; DECLARATION OF COUNSEL

### [PROPOSED] ORDER

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Donald Everett Cronk, C-87286**
**San Quentin State Prison**
**1 Main Street**
**San Quentin, CA 94964**
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **June 30, 2008**, at San Francisco, California.

| | |
|---|---|
| M.M. Argarin | _(signature)_ |
| Declarant | Signature |

20119180.wpd