EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
JENNIFER A. NEILL
Supervising Deputy Attorney General
AMANDA J. MURRAY, State Bar No. 223829
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 703-5741
 Fax: (415) 703-5843
 Email: Amanda.Murray@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DONALD EVERETT CRONK,**<br><br>Petitioner,<br><br>v.<br><br>**ROBERT AYERS, JR., Warden,**<br><br>Respondent. | C 07-05313 TEH<br><br>**[PROPOSED] ORDER**<br><br>Judge: The Honorable Thelton E. Henderson |

This Court considered Respondent's Nunc Pro Tunc Request for an Extension of Time to Answer the Petition for Writ of Habeas Corpus, and good cause appearing,

**IT IS HEREBY ORDERED** that Respondent's Nunc Pro Tunc Request for an Extension of Time to Answer the Petition for Writ of Habeas Corpus is **GRANTED**.

Dated: _____

_____
THELTON E. HENDERSON
United States District Judge

20119125.wpd

[PROPOSED] ORDER

*Cronk v. Ayers*
C 07-05313 THE