# EXHIBIT C
# Part 4 of 6

January 2005

Patricia L Cabral, CCRN
35 Rockridge Drive
Eugene, Oregon 97405
541-485-3427

**Attn: Parole Board Members**

This letter serves as my complete support in the return to society of Donald Cronk. I have become aquatinted with him through his fiancee, Kathleen Giono whom I have known since elementary school. I was privileged to enter San Quentin and personally meet Don a few years ago (it was important to me to know Kathleen was not simply being emotional) and it was this meeting that gave this full recognition to a very special man. I am a registered nurse at Sacred Heart Medical Center in Eugene Oregon. I work ICU full time and have many encounters with societies ill, hopeless, addicted, and lost members of society. In my ongoing assessment, Don simply does not fit anyone who is lost. By any standard he has accomplished a lot with limited access, and he exhibits full motivation. From written communication, along with Kathleen's support I have continued to follow Don's progress.

It is with the above I feel very supportive of the Board releasing Don back to living. I am willing to pledge $50 per month for his first year of release in support of his financial obligations. I also have involved myself with Al-Anon, CAFA (Christians Addressing Family Abuse), and re-entry programs through the MSW workers I am associated with at Sacred Heart hospital, and would be a contact in Oregon should the parole board allow out of state visiting. He and Kathleen would be welcomed in my home any time. I believe there are incredible natural discoveries in Oregon's landscape that are healing, so I would not just host him to visit, but encourage his arrival. My son in law (Eugene Fire Captain Michael Kenworthy) is a river guide and available to show Don even closer the majesty of God's work here. If Kathleen were unavailable to travel north, my father, Reginald Pearce (retired USAF Lt Col and Electrical Engineer Standard Oil Calif) has offered his spare room to Don.

I close with a plea to the Board to allow Don to be reunited with the joy of what his prepared heart has to offer to the "outside" world. It is without reservation that he will be held accountable to my very special friend, but especially to his confessed faith in God.

Sincerely,

Patricia L Cabral

Greetings, Board Members,

I am Donald Crooks oldest sister, writing again to ask for your gracious consideration to release Don from your prison walls. I have written you in the past and listed his many, and I feel his very worthy accomplishments while in San Quentin. I know that some of you are very aware of them.

My husband and I have been married thirty years and have much to offer in employment, housing, transportation etc.

I, myself am a recovering alcoholic. They active in the 12 Step program. I am, of course a sponsor to many - like myself. Don has continued up grading his education, gaining certificates, teach self help groups, and remained disciplinary free.

In regard to his victims family who I pray for daily, I think it is time to forgive, but not forget. their hearts will never let them forget. Please parole Don.

Respectfully
Pamela L. Vitta

128

07 December, 2004

Re: Donald E. Cronk

To whom it may concern,

I am Donald E. Cronks sister, Kavee. I have lived at my present address for over 24 yrs. My husband, Ronald and I have been married since 1981. He has been employed over 35 yrs with We Energies in Milwaukee, Wi. I have not worked since 4/01 due to severe health problems. Prior to my health problems I worked for 32 years, mostly in management positions. I owned my own business for a few years also. My husband and I are financially limited due to my not working. But, outside of money, we are willing to support and assist Donald in any way we possibly can. Also, through our network of family and friends and business acquaintances, that upon Donald's release, further assistance would be forthcoming. We are very PLEASED with all that Donald has achieved and accomplished, both personally, vocationally and spiritually. I have made copies of all Donald's accomplishments and his resumé. Upon approval of Donald's release, we have no problem submitting this information to both my husband's employers at We Energies, or, the same to any or all of my friends and business acquaintances on Donald's behalf, for the purpose of seeking gainful employment. Donald will also receive our assistance in any programs that will result in bringing positive results, i.e. 12 step, church, counseling etc. We also have plenty of transportation, here, if need be, as is housing. (RLK)

Donald has been incarcerated for over 24 years, however, we all feel strongly that even though a horrible crime was committed in 1980, that Donald IS most sincere and full of remorse! I am confident in this, and in my belief, that Donald has every intent to lead and promote a healthy and productive life! I know for a fact that Donald HAS learned a very valuable lesson. He has done all he can, plus more, to improve his life while incarcerated. His achievement records speak to that in themselves. My one and only prayer, has and continues to be, NOT for myself. It is for the victims FAMILY, to please find it in themselves and in their hearts to forgive my brother Donald, and to allow me to be able to spend some time with Donald, as a free man, for the time I have left. Please, accept my letter of support, as is - with all the humbleness and sincerity in which it is written. Please believe, along with me, that the time has come to allow Donald to put his merits to work as a free man.

129

January 28, 2005

To: Board of Prison Terms

RE: Donald Cronk C-87286, Parole Suitability Review

I wish to again submit for your review, my personal appeal regarding Don's parole suitability review. Many life term inmates have been released and were successfully reintegrated into society this past year. Don has been ready to join those other very fortunate men who earned their release. I do not believe neither Don nor society will benefit by keeping him incarcerated any longer. This man has more than earned a second chance to show society his true character and I trust he will never shame the board for making the right decision, by allowing his release.

I met Donald in 1990 thru the San Quentin S.Q.U.I.R.E.S program in which he was a member. Of all the inmates I met that weekend, he was truly one of the most genuine and honest. He was very candid with his case information and expressed deep remorse for his involvement in it. Of all the men there, I honestly felt, this man could be a trusted friend. I am personally involved in Human Resource hiring, employee appraisals and in addition completed four-years of college majoring in Psychology, I therefore consider myself a pretty good judge of character. With that said, I feel Donald's is that genuinely appropriate case, where a man has served his time well and is thereby ready for that second chance to contribute to our society. With numerous job offers, a safe home to go too and a huge group of supporters waiting to help, Don will have a very successful reintegration. I plan to help Don in any way possible from financial to employment help. I will additionally see to it that he receives my help in support program he chooses.

Thanking you in advance for your fair appraisal of Don Cronk.

Mark T. James
1-925-208-1215

130

Board of Prison Terms                                          State of California

## MISCELLANEOUS DECISION

---

### FACTS

---

During the prisoner's March 16, 2004 life term parole consideration hearing the hearing panel stated "we are going to ask that a new psychological evaluation be performed. It will probably not be a full evaluation but we would like for the doctors to . . . provide us with an assessment. So we will get an amendment for the next hearing in 2005."

Despite the hearing panel's intent for a new psychological evaluation to be conducted, a new evaluation was not requested on the BPT 1001 form; therefore, the institution did not order an evaluation be performed for the prisoner's next hearing in 2005.

---

### DECISION(S)

---

A new mental health evaluation is ordered to be conducted on the prisoner prior to his next parole consideration hearing.

---

| STAFF (Name) | TITLE | DATE |
|---|---|---|
| *Margarita E. Perez* (signature)<br>MARGARITA E. PEREZ | Chairwoman | 9/27/07 |

---

| NAME | NUMBER | INSTITUTION |
|---|---|---|
| CRONK, Donald | D-87286 | SQ |

132

6.

 **INCARCERATED MEN PUTTING AWAY CHILDISH THINGS**

700 Larkspur Landing Circle · Suite 199 · Larkspur · CA · 94939 · 415-464-4952

**BOARD OF DIRECTORS**

**President**
**Chairman of the Board**
Chaplain, Earl A. Smith Sr.

**Chief Financial Officer**
Mel Carriere

**Secretary**
Collette Carroll

**ADVISORY COMMITTEE**

Dr. Harry Edwards
Johnny B "Dusty" Baker
Keena Turner

 **CT FACILITATORS**

**San Joaquin County**
*Stockton, CA.*

Richard "Kevin" Kemp

**Sacramento County**
*Sacramento, CA.*

Tommy Davis

**Santa Clara County**
*San Jose, CA.*

Patrick Peralo

**Contra Costa County**
*Richmond, CA.*

Al Featherstone

**Butte County**
*Oroville, CA*

 hael "T" Tomlison

**PRISON FACILITATORS**

**California
Department of Corrections**
*San Quentin State Prison*

Juan Arevalo
Robin Guillen
Donald Cronk
Jessie Lee
A. Leonard Neal
Edward Ramirez
Shahid Rouse
Sterling Scott
Bryan A. Smith



Board of Prison Terms
Chairperson
1515 'K' Street, Suite 600
Sacramento, CA  95814

6/20/05

RE: CRONK, DONALD E. C-87286

IMPACT was organized to educate men concerning the importance of effective parenting; to provide men with the necessary tools to reconcile with their families, and to enhance the family structure.  IMPACT encourages men to change their understanding, attitude, and behavior in order to provide a positive influence and structure in their lives, the lives of their families, and the community  Consequently, reducing violence perpetrated on and by juveniles.  IMPACT was incorporated in the State of California on July 7, 2001 and received the IRS determination letter approving IMPACT as a 501(c)(3) non-profit organization on April 18, 2002.

Mr. CRONK has completed the necessary training and is certified as an IMPACT Facilitator.  IMPACT facilitators are the embodiment of the IMPACT message and vision.  They must display personality and character traits that command respect and confidence in order to set a positive example for workshop participants.  The keys to the development of the program are Accountability, Integrity and Responsibility (A.I.R.).  There are a large number of men in San Quentin who have applied for the position as a facilitator, but as of this date, only twenty men have been accepted.  Of the twenty men who have trained to facilitate the program, ten are/were life term inmates.  Of the ten, eight have been found suitable for parole and five have been released and are currently working the program in their respective communities.  As a facilitator, Mr. CRONK is required to adhere to principals and conduct nobler then those found in workshop participants so as to inspire them to follow his lead.

IMPACT serves the greater San Francisco Bay Area.  This letter is to inform you that upon his release, Mr. CRONK will work as an IMPACT District Facilitator in MARIN County.  Mr. CRONK will be working closely with the following types of agencies:

- Youth Intervention Programs
- Domestic Violence Probationers
- Faith Based Community Organizations
- Parole Department
- Law Enforcement Agencies

It would be in the interest of society to parole Mr. CRONK and use his strengths to help curve the ongoing violence in our communities.  Your favorable consideration for parole is justly deserved.

Rev. Earl A. Smith, Sr.
IMPACT President/Chairman of the Board

131



*Certificate of Participation*

## MARIN ABUSED WOMENS SERVICES MANKIND MENS PROGRAM

On This Day Friday, December 17, 2004
This Certificate of Participation Is Awarded To:

### DONALD CRONK

#### 29 MONTHS

His participation and attendance is above average. Mr. CRONK is
Commended for his efforts in bettering himself as a man, a husband, a father, and a member of society.

❖ Providing tools and skill to create active peacemakers.

❖ Working towards ending violence in all it's forms.

❖ Developing strategies to prevent re-occurrence of violence and abusive behaviors.

❖ Acceptance of responsibility and accountability for abusive behaviors.

❖

_____
Peter Van Dyk/Mark Owens
Instructor

_____
SARAH WII DS
Success Program Coordinator

133

mate Cronk C-87286, was        strumental in the coordin  ion, equipment set-up
d was responsible for setting up and running the sound board for the Arts in
rrections October 9, 2004 yard show/concert. This performance provided
tertainment for the Mainline North Block and H-Unit inmate population at San
entin. Inmate Cronk is commended for his willingness to assist and promote
e Arts in Corrections program at this institution.

Steve Emrick
Institutional Artist Facilitator

iginal: Central File
   cc: Inmate
       Counselor

TE October 18, 2004          (Laudatory Chrono)

GENERAL CHRONO

NAME and NUMBER CRONK              C-87286              3-N-71    CDC-128-B Rev. 4/74

M . CRONK is commended for his generous donation to the Tragedy Assistance
Program for Survivors (T*A*P*S). T*A*P*S is a heartfelt national non-
profit veteran's organization that reaches out to families and loved ones
o have been impacted by a death of a loved one in the armed forces. The
heart of T*A*P*S is its national military survivor peer support network,
and their focus is to help and support families, friends, and military
personnel cope and recover from their loss. Mr. CRONK's assistance towards
T*A*P*S is a clear indication of his supportive character and willingness
to help worthy programs benefit families in local communities.

Orig: C-file
  cc:            
       Inmate

W. P. Waltz, SSA
V.V.G.S.Q. Co-Sponsor
San Quentin State Prison

'A'    11-05-04          INFORMATIVE/LAUDATORY

GENERAL CHRONO

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS
                                                              CDC 128-B

NAME AND NUMBER   CRONK        C87286        3N071U

Inmate Cronk, C87286, 3N071U, has completed 11 of the scheduled 13 classes of Nonviolent Communication. The Nonviolent
Communication program teaches a new nonviolent language that promotes conflict resolution. He has shown exemplary effort in learning
this new approach to communicate in a non-violent or threatening manner. In addition, Inmate Cronk should be commended for his
outstanding attendance and participation in this program. He has shown a genuine desire to learn this language and helps others to
understand.

CC: C-File
   INMATE

Carol Chase
Success Program

MONDAY, june 20, 2005                              INFORMATIONAL CHRONO

134

STATE OF CALIFORNIA
**NAME AND NUMBER**      CRONK          C87286            3N095U

DEPARTMENT OF CORRECTIONS
CDC 128-B (8-87)

Inmate CRONK, C87286, is to be acknowledged and highly praised for his self-motivated, studies through Ohio University's BA program. He has been in the program for almost a year and has submitted his lessons on a timely bases. His grades thus far have been very good, and I encourage him to continue down this path of higher learning.

CC: C-File
    INMATE

D. SHELDON
S.A.I.

Monday, June 20, 2005

**LAUDITORY CHRONO**

---

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC 128-B

**NAME AND NUMBER**      CRONK          C87286            3N071U

Inmate Cronk, C87286, 3N071U, has completed 11 of the scheduled 13 classes of Nonviolent Communication. The Nonviolent Communication program teaches a new nonviolent language that promotes conflict resolution. He has shown exemplary effort in learning this new approach to communicate in a non-violent or threatening manner. In addition, Inmate Cronk should be commended for his outstanding attendance and participation in this program. He has shown a genuine desire to learn this language and helps others to understand.

CC: C-File
    INMATE

Carol Chase
Success Program

MONDAY, june 20, 2005

**INFORMATIONAL CHRONO**

135

STATE OF CALIFORNIA



## CERTIFICATE OF RECOGNITION



### Presented To

## Donald Cronk
## San Quentin State Prison

### In Honor Of

## Ministry Certification
## June 16, 2005

*Gloria Romero*

## Senator Gloria Romero
## Majority Leader

136

CDC-128-B(Rev 4/74)

NAME and NUMBER    CRON⸺    C87286    3-N-071U

The above named inmate participated in San Quentin's College Program. He attended class on time and completed assigned tasks in a satisfactory manner. This inmate/student completed 3 units for the below listed class and is to be commended for his desire for academic enhancements.

Spring Semester 2005,    BBL-102,    OLD TESTAMENT SURVEY,    Grade: _A -_____

*A. de Arteag*

Original: Central File
   cc: Inmate
       Counselor
       Education File

Aida de Arteaga
Condemned Row Instructor/
College Coordinator

DATE: 18-May-05    (Laudatory Chrono)    GENERAL CHRONO

GRADUATED w/ PATTON UNIVERSITY CERTIFICATE OF MINISTRY ON 6-16-05

\* WARDEN HAS ORIGINAL LETTER FROM SENATOR ROMERO

\* PATTON IS SENDING OUR DIPLOMA's TO JODY IN EDUCATION A.S.A.P.

137

NAME: CRONK                    # C87286                    HOUSING   N 071U

On March 24, 2005 Inmate CRONK    C87286    , attended a comprehensive **Health and Fitness Workshop** given by the San Quentin T.R.U.S.T. (*Teaching Responsibility by Utilizing Sociological Training*) for the Development of Incarcerated Men. The **Health and Fitness Workshop** consists of numerous exercises to raise awareness of how risks due to the stresses of incarceration can be minimized by the methods by which the risks can be managed and some damage repaired through proper diet and exercise. Inmate CRONK    C87286    , actively participated in this program and should be commended for his efforts toward self-improvement.

Dr. G. Mendez, Ph. D          K. Richman, Ph. D.          K. J. Williams, Capt.          V. M. Crittendon, Lt.
Executive Director            Sponsor                     Co-Chief Sponsor               Chief Sponsor

Original: Central File
cc: Inmate
Counselor

DATE: 06-Apr-05                    **Laudatory Chrono**



NAME: CRONK          CDC# C87286                    HOUSING: 3 N 071U

On February 24, 2005 Inmate CRONK    C87286    , attended a comprehensive **Health Workshop** given by the San Quentin T.R.U.S.T. (*Teaching Responsibility by Utilizing Sociological Training*) for the Development of Incarcerated Men. The **Health Workshop** consists of numerous exercises to raise awareness of how stresses of incarceration and its environment can produce, or increase health risks. Promoting health consciousness in particular to the areas of diet and exercise. Inmate CRONK    C87286    , actively participated in this program and should be commended for his efforts toward self-improvement.

Dr. G. Mendez, Ph. D          K. Richman, Ph. D.          K. J. Williams, Capt.          V. M. Crittendon, Lt.
Executive Director            Sponsor                     Co-Chief Sponsor               Chief Sponsor

Original: Central File
cc: Inmate
Counselor

DATE: 08-Apr-05                    **Laudatory Chrono**

NAME: CRONK          CDC# C87286                    HOUSING: 3 N 071U

On March 10, 2005 Inmate CRONK    C87286    , attended a comprehensive **Preventative Health Care Workshop** given by the San Quentin T.R.U.S.T. (*Teaching Responsibility by Utilizing Sociological Training*) for the Development of Incarcerated Men. This **Preventative Health Care Workshop** consists of numerous exercises to raise awareness of how the stresses of incarceration and its environment can produce, or increase health risks. This workshop informed its participants about the symptoms, causes and conditions of the eight (8) major chronic diseases, and those which are classified communicable and what preventative measures could be taken to reduce the risks of exposure as well as what are the most effective treatments. Inmate CRONK    C87286    , actively participated in this program and should be commended for his efforts toward self-improvement.

Dr. G. Mendez, Ph. D          K. Richman, Ph. D.          K. J. Williams, Capt.          V. M. Crittendon, Lt.
Executive Director            Sponsor                     Co-Chief Sponsor               Chief Sponsor

Original: Central File
cc: Inmate
Counse 08-Apr-05

138

NAME: CRONK                    CDC# C87286              HOUSING: 3 N 071U

On March 24, 2005 Inmate CRONK          7286      , attended a comprehensive **Health  Fitness Workshop** given by the San Quentin T.R.U.S.T. (*Teaching  esponsibility by Utilizing Sociological Trai....g*) for the Development of Incarcerated Men. The **Health and Fitness Workshop** consists of numerous exercises to raise awareness of how risks due to the stresses of incarceration can be minimized by the methods by which the risks can be managed and some damage repaired through proper diet and exercise. Inmate CRONK      C87286      , actively participated in this program and should be commended for his efforts toward self-improvement.

Dr. G. Mendez, Ph. D          K. Richman, Ph. D.          K. J. Williams, Capt.          V. M. Crittendon, Lt.
Executive Director            Sponsor                      Co-Chief Sponsor               Chief Sponsor

Original: Central File
cc: Inmate
Counselor

DATE: 06-Apr-05                        **Laudatory Chrono**

---

NAME: CRONK                    CDC# C87286              HOUSING: 3 N 071U

On February 24, 2005 Inmate CRONK      C87286      , attended a comprehensive **Health Workshop** given by the San Quentin T.R.U.S.T. (*Teaching Responsibility by Utilizing Sociological Training*) for the Development of Incarcerated Men. The **Health Workshop** consists of numerous exercises to raise awareness of how stresses of incarceration and its environment can produce, or increase health risks. Promoting health consciousness in particular to the areas of diet and exercise. Inmate CRONK      C87286      , actively participated in this program and should be commended for his efforts toward self-improvement.

Dr. G. Mendez, Ph. D          K. Richman, Ph. D.          K. J. Williams, Capt.          V. M. Crittendon, Lt.
Executive Director            Sponsor                      Co-Chief Sponsor               Chief Sponsor

Original: Central File
cc: Inmate
Counselor

DATE: 08-Apr-05                        **Laudatory Chrono**

---

NAME: CRONK                    CDC# C87286              HOUSING: 3 N 071U

On March 10, 2005 Inmate CRONK      C87286      , attended a comprehensive **Preventative Health Care Workshop** given by the San Quentin T.R.U.S.T. (*Teaching Responsibility by Utilizing Sociological Training*) for the Development of Incarcerated Men. This **Preventative Health Care Workshop** consists of numerous exercises to raise awareness of how the stresses of incarceration and its environment can produce, or increase health risks. This workshop informed its participants about the symptoms, causes and conditions of the eight (8) major chronic diseases, and those which are classified communicable and what preventative measures could be taken to reduce the risks of exposure as well as what are the most effective treatments. Inmate CRONK      C87286      , actively participated in this program and should be commended for his efforts toward self-improvement.

Dr. G. Mendez, Ph. D          K. Richman, Ph. D.          K. J. Williams, Capt.          V. M. Crittendon, Lt.
Executive Director            Sponsor                      Co-Chief Sponsor               Chief Sponsor

Original: Central File
cc: Inmate
Counse 08-Apr-05

139

NAME:  CRONK                    CDC#  C87286                        HOUSING:  3  N  071U

On February 10, 2005  Inmate CRONK          C87286          , attended a comprehensive Sex  and Reproductive Health Workshop given by the San Quentin T.R.U.S.T. (*Teaching Responsibility by Utilizing Sociological Training*) for the Development of Incarcerated Men.  The **Sexual and Reproductive Health Workshop** consists of numerous exercises to raise awareness of the risks and dangers to sexual and reproductive health, how it may be damaged and the methods by which the damage can be repaired.  Inmate CRONK          C87286          , actively participated in this program and should be commended for his efforts toward self-improvement.

Dr. G. Mendez, Ph. D                   V. M. Crittendon, Lt.            K. J. Williams, Capt.        K. Richman, Ph. D.
Executive Director                      Chief Sponsor                  Co-Chief Sponsor             Sponsor

Original: Central File
cc: Inmate
Counselor

DATE:  17-Mar-05                              **Laudatory Chrono**

---

NAME:  CRONK                    CDC#  C87286                        HOUSING:  3  N  071U

On Feb. 17, Mar. 3, 05 Inmate  CRONK          C87286          , attended a series of comprehensive workshops on **Work Ethics** given by the San Quentin T.R.U.S.T. (*Teaching Responsibility by Utilizing Sociological Training*) for the Development of Incarcerated Men.  This **Work Ethics Workshops** consist of numerous exercises to raise awareness of the importance of good work ethics.  This workshop was facilitated by representatives from a cross-section of society, identified for the participants both values and characteristics associated with good work ethics.  Inmate CRONK          C87286          , actively participated in this program and should be commended for his efforts toward self-improvement.

Dr. G. Mendez, Ph. D                   K. Richman, Ph. D.              K. J. Williams, Capt.        V. M. Crittendon, Lt.
Executive Director                      Sponsor                        Co-Chief Sponsor             Chief Sponsor

Original: Central File
cc: Inmate
Counselor

DATE:  08-Apr-05                              **Laudatory Chrono**

140



# Certificate of Completion

Awarded To

*Donald E. Cronk*

# IMPACT

For successfully facilitating "MODULE III Addictions" of Project IMPACT

This certificate was awarded at San Quentin State Prison,

On this 21st day of March in the year 2005

*Incarcerated Men Putting Away Childish Things*

_____
Program Coordinator

_____
Assistant Coordinator

141

NAME and NUMBER   **CRONK**

IMPACT extends its appreciation to Inmate CRONK for his active role as a facilitator      session One of the program's 16-week module entitled "ADDICTION". Our workshops helped participants: 1. Define Addiction, 2. Identify The Symptoms Of Addiction, 3. Discover Who Is/Becomes An Addict, 4. Learn What Causes Addiction, and 5. Identify The Effects Of Addictions. Through presentations and in-depth discussions on use of mood and mind-altering substances, activities, and behaviors, participants learned to understand different forms of addiction as well as their symptoms. Our primary focus was geared toward understanding the causes of addiction by promoting a theme that social use leads to dependence and dependence always leads to addiction. Workshop curriculum also focused on how addiction impairs physical and mental health, how it depletes resources, and how continued use lowers self-esteem. Inmate CRONK is to be commended, not only for his service as a facilitator, but for the example he displays in his daily life of the Concepts and Principles that make the IMPACT Program what it is.

Orig:  C-File
cc:  IMPACT File
      Inmate

**Earl A. Smith Sr.**
Protestant Chaplain
San Quentin State Prison

**Pastor Don Wesley**
Community Volunteer

DATE:   **10/18/04**         *(FACILITATION CHRONO - IMPACT)*         GENERAL CHRONO

---

NAME and NUMBER   **CRONK**                    C87286          3 N 071U          CDC-128-B (Rev. 4/74)

IMPACT extends its appreciation to Inmate CRONK for his active role as a facilitator of Session Two of the program's 16-week module entitled, "ADDICTION". Our workshops helped participants: 1. Define Denial, 2. Recognize Addiction In Order To Avoid Denial, 3. Identify Signs Of Denial, and 4. Make A Commitment To Appropriate Treatment For Use. Through presentations and in-depth discussions on defensive mechanisms and avoidance of confrontation with personal problems, participants learned how the denial process unconsciously disavows thoughts, feelings, wishes, and needs that are related to addiction. Our primary focus was geared toward helping participants recognize addiction in order to avoid denial. Workshop curriculum also focused on identifying signs of denial and admitting powerlessness over addiction as a first step toward making a commitment to obtain treatment. Inmate CRONK is to be commended, not only for his service as a facilitator, but for the example he displays in his daily life of the Concepts and Principles that make the IMPACT Program what it is.

Orig:  C-File
cc:  IMPACT File
      Inmate

**Earl A. Smith Sr.**
Protestant Chaplain
San Quentin State Prison

**Pastor Don Wesley**
Community Volunteer

DATE:   **1/3/05**         *(FACILITATION CHRONO - IMPACT)*         GENERAL CHRONO

---

NAME and NUMBER   **CRONK**                    C87286          3 N 071U          CDC-128-B (Rev. 4/74)

IMPACT extends its appreciation to Inmate CRONK for his active role as a facilitator of Session Three of the program's 16-week module entitled, "ADDICTION". Our workshops helped participants: 1. Define Treatment, 2. Investigate Different Types Of Treatment And Who Is Qualified To Provide It, 3. Discover Who Needs Treatment And Why, 4. Learn How To Find Treatment For Their Use, and 5. Commit To Seek Treatment For Addictions. Through presentations and in-depth discussions on procedures that lessen the severity of addiction participants learned how treatment is designed and evolves, and how it positively effects unwanted use. Our primary focus was geared toward different types of treatments and how a person may have to experience exposure to more than one treatment process before gaining control over their use. Workshop curriculum also focused on who is qualified to provide treatment and where it can be obtained. Inmate CRONK is to be commended, not only for his service as a facilitator, but for the example he displays in his daily life of the Concepts and Principles that make the IMPACT Program what it is.

Orig:  C-File
cc:  IMPACT File
      Inmate

**Earl A. Smith Sr.**
Protestant Chaplain
San Quentin State Prison

**Pastor Don Wesley**
Community Volunteer

DATE:   **2/14/05**         *(FACILITATION CHRONO - IMPACT)*         GENERAL CHRONO

NAME and NUMBER CRONK          C-87286          3 N 71          CDC-128-B (Rev. 4/74)

Inmate Cronk C-87286, was instrumental in the coordination, equipment set-up and was responsible for setting up and running the sound board for the Arts in Corrections October 9, 2004 yard show/concert. This performance provided entertainment for the Mainline North Block and H-Unit inmate population at San Quentin. Inmate Cronk is commended for his willingness to assist and promote the Arts in Corrections program at this institution.

Steve Emrick
Institutional Artist Facilitator

Original: Central File
    cc: Inmate
        Counselor

DATE October 18, 2004          (Laudatory Chrono)

GENERAL CHRONO


NAME and NUMBER CRONK          C-87286          3-N-71          CDC-128-B Rev. 4/74

Mr. CRONK is commended for his generous donation to the Tragedy Assistance Program for Survivors (T*A*P*S). T*A*P*S is a heartfelt national non-profit veteran's organization that reaches out to families and loved ones who have been impacted by a death of a loved one in the armed forces. The heart of T*A*P*S is its national military survivor peer support network, and their focus is to help and support families, friends, and military personnel cope and recover from their loss. Mr. CRONK's assistance towards T*A*P*S is a clear indication of his supportive character and willingness to help worthy programs benefit families in local communities.

W. P. Waltz, SSA
V.V.G.S.Q. Co-Sponsor
San Quentin State Prison

Orig: C-file
  cc: ████████
      Inmate

DATE  11-05-04          INFORMATIVE/LAUDATORY          GENERAL CHRONO

143

# IMPACT

## INCARCERATED MEN PUTTING AWAY CHILDISH THINGS

700 Larkspur Landing Circle · Suite 199 · Larkspur · CA · 94939 · 415-464-4952

**BOARD OF DIRECTORS**

**President**
**Chairman of the Board**
Chaplain, Earl A. Smith Sr.

**Chief Financial Officer**
Mel Carriere

**Secretary**
Collette Carroll

**ADVISORY COMMITTEE**

Dr. Harry Edwards
Johnny B "Dusty" Baker
Keena Turner

**TRICT FACILITATORS**

**San Joaquin County**
*Stockton, CA.*

Richard "Kevin" Kemp

**Sacramento County**
*Sacramento, CA.*

Tommy Davis

**Santa Clara County**
*San Jose, CA.*

Patrick Peralo

**Contra Costa County**
*Richmond, CA.*

Al Featherstone

**Butte County**
*Oroville, CA*

Michael "T" Tomlison

**PRISON FACILITATORS**

**California**
**Department of Corrections**
*San Quentin State Prison*

Juan Arevalo
Robin Guillen
Donald Cronk
Jessie Lee
A. Leonard Neal
Edward Ramirez
Shahid Rouse
Sterling Scott
Bryan A. Smith



Board of Prison Terms                                    6/20/05
Chairperson
1515 'K' Street, Suite 600
Sacramento, CA 95814

RE: CRONK, DONALD E. C-87286

IMPACT was organized to educate men concerning the importance of effective parenting; to provide men with the necessary tools to reconcile with their families, and to enhance the family structure.   IMPACT encourages men to change their understanding, attitude, and behavior in order to provide a positive influence and structure in their lives, the lives of their families, and the community  Consequently, reducing violence perpetrated on and by juveniles.  IMPACT was incorporated in the State of California on July 7, 2001 and received the IRS determination letter approving IMPACT as a 501(c)(3) non-profit organization on April 18, 2002.

Mr. CRONK has completed the necessary training and is certified as an IMPACT Facilitator.  IMPACT facilitators are the embodiment of the IMPACT message and vision.  They must display personality and character traits that command respect and confidence in order to set a positive example for workshop participants.  The keys to the development of the program are Accountability, Integrity and Responsibility (A.I.R.).  There are a large number of men in San Quentin who have applied for the position as a facilitator, but as of this date, only twenty men have been accepted.  Of the twenty men who have trained to facilitate the program, ten are/were life term inmates.  Of the ten, eight have been found suitable for parole and five have been released and are currently working the program in their respective communities.  As a facilitator, Mr. CRONK is required to adhere to principals and conduct nobler then those found in workshop participants so as to inspire them to follow his lead.

IMPACT serves the greater San Francisco Bay Area.  This letter is to inform you that upon his release, Mr. CRONK will work as an IMPACT District Facilitator in MARIN County.  Mr. CRONK will be working closely with the following types of agencies:

- Youth Intervention Programs
- Domestic Violence Probationers
- Faith Based Community Organizations
- Parole Department
- Law Enforcement Agencies

It would be in the interest of society to parole Mr. CRONK and use his strengths to help curve the ongoing violence in our communities.  Your favorable consideration for parole is justly deserved.

*Rev. Earl A. Smith (4)*
Rev. Earl A. Smith, Sr.
IMPACT President/Chairman of the Board

**144**

AME and NUMBER        CRONK        C-87286        3-N-.. J        CDC-128-B Rev. 4/74

have known inmate CRONK, C-87286, for approximately 11 years. Inmate CRONK has worked for
e as my unit clerk for approximately 5 years. His ability and skills with office equipment
id the operation of the Reception Center is to be commended. CRONK works well with staff
d inmates alike and has often provided practical and insightful solutions to problems.
iONK has proved to be an asset to the operation of the Reception Center, a constantly changing
d stressful environment. He can be relied upon to perform his duties without supervision
nen necessary. In my opinion, CRONK has acquired the abilities and education which will be
onducive to his reintegration into society when he is paroled. Inmate CRONK is one of those
are individuals I have seen throughout the years who in my opinion will not come back to
rison.

riginal:    Central File
    cc:     Inmate
            Counselor

                                            A.D. Lee
                                            Correctional Lieutenant
                                            Gym Dorm/West Block

    2/02/05        (128B Laudatory Chrono)        CSP-SQ

)ATE                                            **GENERAL CHRONO**

---

NAME and NUMBER        CRONK        C-87286        3-N-71U        CDC-128-B Rev. 4/74

have been a Correctional Officer for 22 years, most of that time at CSP-San Quentin. I have known inmate CRONK,
-87286, for approximately 18 years. Inmate CRONK has worked for me for approximately 6 years at different periods
roughout his incarceration. Of all the inmates I interact with on a daily basis, inmate CRONK has consistently
:ood out from the crowd. He is clean, well groomed, and conducts himself in a healthy and positive manner. His
iteractions with myself and other staff has always been respectful and courteous. He gets along well with other
mates and separates himself from inmates who refuse to change their lives and/or lifestyles. Mr. CRONK is a mature,
nest man, who concentrates on bettering himself, receiving an education, and helping others make a positive change
 their lives as well. In my opinion, CRONK clearly understands the negative impact his past behavior has caused
ciety and has now acquired the life skills and education which will be conducive to his reintegration into society
en he is paroled. Inmate CRONK is one of those rare individuals I have seen throughout the years who in my opinion
ll not come back to prison.

iginal:    Central File
    c:     Inmate

                                            J.C. Gladson
                                            Correctional Officer

ATE    4/18/05    (128B Laudatory Chrono)        CSP-SQ

                                            **GENERAL CHRONO**

145

NAME and NUMBER      CRONK      C-87286      3N 95U

CDC-128-B (Rev. 4/74)

This is to acknowledge that inmate CRONK has participated in the **Forth (4th)** quarter meetings as a Facilitator in "OVERCOMERS OUTREACH," which is a 12-Step recovery program related to the 12-Steps of Alcoholics Anonymous and the Holy Bible. In our weekly meetings we work through a workbook called, "The Twelve Steps-A Spiritual Journey." Our discussions of self-examination, acknowledgment of character defects, restitution for harm done and working with others has been beneficial in applying a life of "recovery" for him. He should be commended for his faithfulness in attendance and his open and honest sharing with the group.

Earl A. Smith Sr.
Protestant Chaplain

Monti Allison
Overcomers Sponsor
Community Volunteer

ORIG:  CENTRAL FILE
CC:  INMATE

DATE   December 30, 2004        12-Step Recovery        CSP-SQ

GENERAL CHRONO

E and NUMBER      CRONK      C-87286      3N 95U

CDC-128-B (Rev. 4/74)

This is to acknowledge that inmate CRONK has participated in the **First (1st)** quarter meetings as a Facilitator in "OVERCOMERS OUTREACH," which is a 12-Step recovery program related to the 12-Steps of Alcoholics Anonymous and the Holy Bible. In our weekly meetings we work through a workbook called, "The Twelve Steps-A Spiritual Journey." Our discussions of self-examination, acknowledgment of character defects, restitution for harm done and working with others has been beneficial in applying a life of "recovery" for him. He should be commended for his faithfulness in attendance and his open and honest sharing with the group.

Earl A. Smith Sr.
Protestant Chaplain

Monti Allison
Overcomers Sponsor
Community Volunteer

ORIG:  CENTRAL FILE
CC:  INMATE

DATE   March 31, 2005        12-Step Recovery        CSP-SQ

GENERAL CHRONO

146



# Certificate of Completion

## IMPACT

Awarded To

*Donald E. Cronk*

For successfully completing "MODULE II – VIOLENCE PREVENTION" of Project IMPACT

This certificate was awarded at San Quentin State Prison.

On this 26th day of July in the year 2004

_____
Program Coordinator

_____
Assistant Coordinator

147

NAME and NUMBER    CRONK                    C87286            3 N 071U        CDC-128-B (Rev. 4/74)

Inmate CRONK actively participated in Session Five (Conflict Resolution) of IMPACT's 16-Week Workshop on Violence Prevention with 100% attendance. Our workshop topics focused on: 1. Defining Conflict Resolution, 2. Peaceful Re-Entry After Conflict, 3. Effective Resolution Techniques, and 4. The Advantages Of A Violent Free Environment. Through presentations, in-depth discussion, and exercises related to the subject matter, participants learned to embrace the concept that peaceful resolution creates win-win outcomes as opposed to winners and losers. Our primary focus was geared toward learning effective resolution techniques that bring about equitable solutions. Workshop curriculum also focused on the Advantages Of A Violent Free Environment, and specifically how it brings an end to violence in our homes and communities. Inmate CRONK is to be commended for his participation in our workshop and for learning and incorporating IMPACT concepts and principles into his life.

Orig: C-File
cc: IMPACT File
    Inmate

**Earl A. Smith Sr.**
Protestant Chaplain
San Quentin State Prison

**Pastor Don Wesley**
Community Volunteer

DATE:    **7/26/04**            *(PARTICIPATION CHRONO - IMPACT)*            GENERAL CHRONO

---

NAME and NUMBER    CRONK                    C87286            3 N 071U        CDC-128-B (Rev. 4/74)

Inmate CRONK actively participated in Session Four (Self-Talk) of IMPACT's 16-Week Workshop on Violence Prevention with 100% attendance. Our workshop topics helped participants: 1. Define Self-Talk, 2. Explore The Male Role Belief System, 3. Distinguish Positive Self-Talk From Negative Self-Talk, and 4. Learn How To Develop Affirmations. Participants were provided with a lecture on how the "Male Role Belief System" affects our decision making process and were involved in in-depth discussions on how self-talk is linked to corresponding actions. Workshop curriculum also focused on the development of affirmations and how they help to overcome negative behavior associated with violence. Inmate CRONK is to be commended for his participation in our Violence Prevention Workshop and for learning and incorporating IMPACT concepts and principles into his life.

Orig: C-File
cc: IMPACT File
    Inmate

**Earl A. Smith Sr.**
Protestant Chaplain
San Quentin State Prison

**Pastor Don Wesley**
Community Volunteer

DATE:    **7/26/04**            *(PARTICIPATION CHRONO - IMPACT)*            GENERAL CHRONO

148

NAME and NUMBER    **CRONK**                    C87286        **3 N 071U**    CDC-128-B (Rev. 4/74)

Inmate CRONK actively participated in Session One of IMPACT's 16-Week Workshop on Violence Prevention with 100% attendance. Our Workshop topics helped participants: 1. Define Violence, 2. Understand Who Uses Violence And Why, 3. Learn About The Cycle Of Violence, 4. Identify How Violence Effects Our Environment, and 5. Discover How Violence Destabilizes Our Communities. Through presentations and in-depth discussions on physical, psychological, verbal, and sexual battery, participants learned to understand different forms of violence. Our primary focus was geared toward establishing a commitment to non-violence by promoting a theme that there are always alternatives, therefore violence is never an acceptable option. Workshop curriculum also focused on how violence is passed from generation to generation, and how it destabilizes our homes and communities. Inmate CRONK is to be commended for his participation in our Violence Prevention Workshop and for learning and incorporating IMPACT concepts and principles into his life.

Orig:  C-File
cc:   IMPACT File
       Inmate

**Earl A. Smith Sr.**
Protestant Chaplain
San Quentin State Prison

**Pastor Don Wesley**
Community Volunteer

DATE:  **7/26/04**            *(PARTICIPATION CHRONO - IMPACT)*            GENERAL CHRONO

---

NAME and NUMBER    **CRONK**                    C87286        **3 N 071U**    CDC-128-B (Rev. 4/74)

Inmate CRONK actively participated in Session Two (Time Outs) of IMPACT's 16-Week Workshop on Violence Prevention with 100% attendance. Our workshop topics helped participants: 1. Define Time Outs, 2. Learn About Time Out Do's And Don'ts, 3. Create Ways To Cope With Stress, and 4. Learn How To Avoid Transference Of Aggression By Embracing The Concept Of Time Outs. Presentations and discussion on the dynamics and values of Time Outs helped participants learn how the utilization of Time Outs to avoid the acute battery phase of violence creates a safe and harmonious home environment, thus stabilizing our communities. Workshop curriculum also focused on what activity participants should and should not engage in while taking a Time Out. Inmate CRONK is to be commended for his participation in our Violence Prevention Workshop and for learning and incorporating IMPACT concepts and principles into his life.

Orig:  C-File
cc:   IMPACT File
       Inmate

**Earl A. Smith Sr.**
Protestant Chaplain
San Quentin State Prison

**Pastor Don Wesley**
Community Volunteer

DATE:  **7/26/04**            *(PARTICIPATION CHRONO - IMPACT)*            GENERAL CHRONO

---

NAME and NUMBER    **CRONK**                    C87286        **3 N 071U**    CDC-128-B (Rev. 4/74)

Inmate CRONK actively participated in Session Three (Body Signals) of IMPACT's 16-Week Workshop on Violence Prevention with 100% attendance. Our workshop training focused on: 1. Defining Body Signals That Are A Precursor To Violence, 2. Recognizing Personal Body Signals, 3. Recognizing The Body Signals Of Others, and 4. The Appropriate Response To Body Signals. Through presentations and in-depth discussions participants learned to distinguish overt, as well as subtle body signals that alert us to impending violence. Our primary focus was geared toward creating ways to respond to our Body Signals in order to curtail violent encounters. Workshop curriculum also focused on recognizing the Body Signals of others to avoid and/or cease aggravating activities that could promote violence. Inmate CRONK is to be commended for his participation in our workshop and for learning and incorporating IMPACT concepts and principles into his life.

Orig:  C-File
cc:   IMPACT File
       Inmate

**Earl A. Smith Sr.**
Protestant Chaplain
San Quentin State Prison

**Pastor Don Wesley**
Community Volunteer

DATE:  7/26/04            *(PARTICIPATION CHRONO - IMPACT)*            GENERAL CHRONO

149

NAME and NUMBER    **CRONK**        C87286    **3 N 071U**    CDC-128-B (Rev. 4/74)

IMPACT extends its appreciation to Inmate CRONK for his active role as a facilitator of Session Four entitled, "SELF TALK" of the program's 16 week Violence Prevention Module. Our workshops include the following topics: 1. Defining Self-Talk, 2. Exploring The Male Role Belief System, 3. Distinguishing Positive Self-Talk From Negative Self-Talk, and 4. Learning How To Develop Affirmations. Our facilitators present lectures and oversee group discussions relating to how the "Male Role Belief System" affects our Decision-Making Process and how Self-Talk is linked to our corresponding actions. Our primary goal in this session is to recognize the Authentic Self of an individual and to connect with the positive affirmation of others as well as our selves. Our Workshops emphasis the importance of Self-Talk in order to, not only avoid violent conflicts, but also to respond to them in an "Authentic" way that will benefit all. Inmate CRONK is to be commended for his service as a facilitator, as well as his example displayed while learning and incorporating the IMPACT concepts and Principles in his day to day life.

Orig: C-File          **Earl A. Smith Sr.**              **Pastor Don Wesley**
  cc: IMPACT File      Protestant Chaplain              Community Volunteer
      Inmate           San Quentin State Prison

DATE:  **6/28/04**        *(FACILITATION CHRONO - IMPACT)*        GENERAL CHRONO

---

NAME and NUMBER    **CRONK**        C87286    **3 N 071U**    CDC-128-B (Rev. 4/74)

IMPACT extends its appreciation to Inmate CRONK for his active role as a facilitator of Session Five entitled, CONFLICT RESOLUTION of the program's 16 week "Violence Prevention" module. Our Workshops include the following topics: 1. Defining Conflict Resolution, 2. Peaceful Re-Entry After Conflict, 3. Effective Resolution Techniques, and 4. The Advantages Of A Violence Free Environment. Our facilitators present lectures, and coordinate exercises and discussions related to finding peaceful Re-Entry of a Violent Environment. Our Primary goal is to learn how to recognize opportunities to resolve an issue, and effective techniques that can bring about equitable solutions to any situation. Our Workshops emphasize the advantages of a Violence Free Society, and how it can bring an end to violence within our own homes and communities. Inmate CRONK is to be commended for his service as a facilitator, and his example displayed while learning and incorporating the IMPACT Concepts and Principles in his daily dealings.

Orig: C-File          **Earl A. Smith Sr.**              **Pastor Don Wesley**
  cc: IMPACT File      Protestant Chaplain              Community Volunteer
      Inmate           San Quentin State Prison

DATE:  **7/26/04**        *(FACILITATION CHRONO - IMPACT)*        GENERAL CHRONO

**150**

Inmate Cronk C-87286, was instrumental in the equipm  set-up and setting up and running the soundboar for the Arts in Corrections May 1, 2004 yard show, providing musical entertainment for the Mainline North Block and H-unit inmate population at San Quentin. Inmate Cronk is commended for his willingness to assist and promote the Arts in Corrections program at this institution.

*Steve Emrick*
Institutional Artist Facilitator

Original: Central File
     cc: Inmate
         Counselor

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DATE May 19, 2004          (Laudatory Chrono)                    GENERAL CHRONO

NAME and NUMBER CRONK          C-87286        3 N 71              CDC-128-B (Rev.4/74)

Inmate Cronk C-87286, was instrumental in the coordination, equipment set-up and was responsible for setting up and running the sound board for the Arts in Corrections June 12, 2004 "Summer Blues Celebration" yard show/concert. Featuring Inmate band "Cold Blue Steel" and Guest Recording Artist Paul Wood and the Memphis Underground. This performance provided entertainment for the Mainline North Block and H-Unit inmate population at San Quentin. Inmate Cronk is commended for his willingness to assist and promote the Arts in Corrections program at this institution.

*Steve Emrick*
Institutional Artist Facilitator

Original: Central File
     cc: Inmate
         Counselor

DATE June 18, 2004          (Laudatory Chrono)                    GENERAL CHRONO

NAME and NUMBER CRONK          C-87286        3 N 71              CDC-128-B (Rev.4/74)

Inmate Cronk C-87286, was instrumental in the coordination, equipment set-up and was responsible for setting up and running the sound board for the Arts in Corrections June 26, 2004 "4th of July Celebration" yard show/concert. This performance provided entertainment for the Mainline North Block and H-Unit inmate population at San Quentin. Inmate Cronk is commended for his willingness to assist and promote the Arts in Corrections program at this institution.

*Steve Emrick*
Institutional Artist Facilitator

Original: Central File
     cc: Inmate
         Counselor

151

DATE July 6, 2004          (Laudatory Chrono)                    GENERAL CHRONO

NAME and NUMBER    **CRONK**                    C87286            3 N 071U        CDC-128-B (Rev. 4/74)

IMPACT extends its appreciation to Inmate CRONK for his active role as a facilitator     Session One of the program's 16-week module entitled, "VIOLENCE PREVENTION". Our workshops include the following topics: 1. Define Violence, 2. Understand Who Uses Violence And Why, 3. Learn About The Cycle Of Violence, 4. Identify How Violence Effects Our Environment, and 5. Discover How Violence Destabilizes Our Communities. Through lectures and in-depth discussions on physical, psychological, verbal, and sexual violence, our participants gain a better understanding of the various characteristics of violence. Our primary goal is to establish a commitment to non-violence by introducing alternative options and promoting the necessary tools to achieve them. Our workshops emphasize how violence should never be an acceptable option, yet how violence has been passed down from generation to generation. Inmate CRONK is to be commended, not only for his service as a facilitator, but for the example he displays in his daily life of the Concepts and Principles that make the IMPACT Program what it is.

Orig: C-File
cc:   IMPACT File
      Inmate

**Earl A. Smith Sr.**
Protestant Chaplain
San Quentin State Prison

**Pastor Don Wesley**
Community Volunteer

DATE:    **3/1/04**            *(FACILITATION CHRONO - IMPACT)*            GENERAL CHRONO

---

NAME and NUMBER    **CRONK**                    C87286            3 N 071U        CDC-128-B (Rev. 4/74)

IMPACT extends its appreciation to inmate CRONK for his active role as a facilitator of Session Two entitled, "TIME OUTS" of the program's 16 week Violence Prevention Module. Our workshops include the following topics: 1. Define Time Outs, 2. Learn About Time Out Do's And Don'ts, 3. Create Ways To Cope With Stress, and 4. Learn How To Avoid Transference Of Aggression By Embracing The Concept Of Time Outs. Facilitators present lectures and coordinate discussions related to past violence and the value that the "Time Outs" concept could have played. Our primary goal is to help participants learn how to utilize Time Outs to avoid the Acute Battery Phase Of Violence and create a safe and harmonious home environment and community. Our Workshops emphasis the need for Time Outs when confronted with a conflict and the activities that a person should avoid while taking a Time Out. Inmate CRONK is to be commended, not only for his service as a facilitator, but also for the example he displays incorporating the IMPACT Concepts and Principles in his day to day life.

Orig: C-File
cc:   IMPACT File
      Inmate

**Earl A. Smith Sr.**
Protestant Chaplain
San Quentin State Prison

**Pastor Don Wesley**
Community Volunteer

DATE:    **4/19/04**            *(FACILITATION CHRONO - IMPACT)*            GENERAL CHRONO

---

NAME and NUMBER    **CRONK**                    C87286            3 N 071U        CDC-128-B (Rev. 4/74)

IMPACT extends its appreciation to Inmate CRONK for his active role as a facilitator of Session Three entitled "BODY SIGNALS" of the program's 16 week Violence Prevention Module. Our workshops include the following topics: 1. Defining Body Signals That Are A Precursor To Violence, 2. Recognizing Personal Body Signals, 3. Recognizing The Body Signals Of Others, and 4. The Appropriate Response To Body Signals. Facilitators present lectures and coordinate discussions aimed at distinguishing the overt and subtle body signals that can alert us to impending violence. Our primary goal is to introduce techniques best suited for each individual that will assist him in curtailing any violent encounter by the way he responds. Our Workshops focuses on recognizing the body signals of others, and to avoid aggravating activities that could promote violence. Inmate CRONK is to be commended, not only for his service as a facilitator, but for the example he displays in his daily life of the Concepts and Principles that make the IMPACT Program what it is.

Orig: C-File
cc:   IMPACT File
      Inmate

**Earl A. Smith Sr.**
Protestant Chaplain
San Quentin State Prison

**Pastor Don Wesley**
Community Volunteer

152

DATE:    **5/24/04**            *(FACILITATION CHRONO - IMPACT)*            GENERAL CHRONO

NAME and NUMBER    CRO...    C87286    3-N-095U    CDC-128-B(Rev.4/74)

The above named inmate participated in San Quentin's College Program. He attended class on time and completed assigned tasks in a satisfactory manner. This inmate/student completed 3 units for the below listed class and is to be commended for his desire for academic enhancements.

Fall Semester 2003,    BBL-108,  PERSON AND WORK OF THE HOLY SPIRIT,    Grade: _A_

Original: Central File
    cc: Inmate
        Counselor
        Education File

Aida de Arteaga
Condemned Row Instructor/
College Coordinator

DATE:  26-Jan-04                (Laudatory Chrono)                GENERAL CHRONO

---

NAME and NUMBER    CRONK    C87286    3-N-071U    CDC-128-B(Rev.4/74)

The above named inmate participated in San Quentin's College Program. He attended class on time and completed assigned tasks in a satisfactory manner. This inmate/student completed 3 units for the below listed class and is to be commended for his desire for academic enhancements.

Summer Semester 2004,   BBL-212,  CHURCH LEADERSHIP AND ADMINISTRATION,   Grade: _A_

Original: Central File
    cc: Inmate
        Counselor
        Education File

Aida de Arteaga
Condemned Row Instructor/
College Coordinator

DATE:  06-Oct-04                (Laudatory Chrono)                GENERAL CHRONO



NAME and NUMBER    CRONK    C87286    3-N-071U    CDC-128-B(Rev.4/74)

The above named inmate participated in San Quentin's College Program. He attended class on time and completed assigned tasks in a satisfactory manner. This inmate/student completed 3 units for the below listed class and is to be commended for his desire for academic enhancements.

Spring Semester 2004,    PST-218,  PASTORAL CARE AND COUNSELING,    Grade: _B+_

Original: Central File
    cc: Inmate
        Counselor
        Education File

Aida de Arteaga
Condemned Row Instructor/
College Coordinator

DATE:  24-Jun-04                (Laudatory Chrono)                GENERAL CHRONO

153

NAME and NUMBER          CRONK          C-87286          3-N-95

CDC-128-B (Rev. 4/74.

This is to acknowledge that inmate Cronk has participated in the First (1st) quarter meetings is a Facilitator in "OVERCOMERS OUTREACH," which is a 12-Step recovery program related to the 12-Steps of Alcoholics Anonymous and the Holy Bible. In our weekly meetings we work through a workbook called, "The Twelve Steps-A Spiritual Journey." Our discussions of self-examination, acknowledgment of character defects, restitution for harm done and working with others has been beneficial in applying a life of "recovery" for him. He should be commended for his faithfulness in attendance and his open and honest sharing with the group.

Earl A. Smith Sr.
Protestant Chaplain

Monti Allison
Overcomers Sponsor
Community Volunteer

ORIG:    CENTRAL FILE
CC:      INMATE

DATE     March 30, 2004          12-Step Recovery          CSP-SQ.

GENERAL CHRONO

---

NAME and NUMBER          CRONK          C-87286   3-N-95-L

CDC-128-B (Rev. 4/74

This is to acknowledge that inmate Cronk has bee a participant and facilitator for "Overcomer's Outreach" for the second (2nd) quarter of 2004. Overcomer's is a 12-Step program based on the principles of Alcoholics Anonymous and Narcotics Anonymous. In our weekly meetings we discuss and work on the problems we have faced with regard to our past addictions and/or compulsive behaviors. We also use the 12-Step guidelines to help us devise effective coping strategies that will aid us in our on going efforts to remain sober. Inmate Cronk has demonstrated a high level of commitment to this program and his contributions to our discussions as both a participant and facilitator have been valuable to the other members of our group. He is to be commended for his efforts to become a positive and productive person and for his dedication to helping the other members of the group.

Earl A. Smith
Protestant Chaplain

Monti Allison
Community Volunteer

ORIGINAL: Central File
CC: Inmate

DATE     June 30, 2004          Laudatory Chrono          GENERAL CHRONO

---

This is to acknowledge that inmate CRONK has participated in the Third (3rd) quarter meetings as a Facilitator in "OVERCOMERS OUTREACH," which is a 12-Step recovery program related to the 12-Steps of Alcoholics Anonymous and the Holy Bible. In our weekly meetings we work through a workbook called, "The Twelve Steps-A Spiritual Journey." Our discussions of self-examination, acknowledgment of character defects, restitution for harm done and working with others has been beneficial in applying a life of "recovery" for him. He should be commended for his faithfulness in attendance and his open and honest sharing with the group.

Earl A. Smith Sr.
Protestant Chaplain

Monti Allison
Overcomers Sponsor
Community Volunteer

ORIG:    CENTRAL FILE
CC:      INMATE

DATE     September 30, 2004          12-Step Recovery          CSP-SQ          GENERAL CHRONO

154

NAME and NUMBER          CRONK          C-87286          3-N-95          CDC-128-B (Rev. 4/74)

This is to acknowledge that inmate Cronk has participated in the first (1st) quarter meetings as a Facilitator in "OVERCOMERS OUTREACH," which is a 12-Step recovery program related to the 12-Steps of Alcoholics Anonymous and the Holy Bible. In our weekly meetings we work through a workbook called, "The Twelve Steps-A Spiritual Journey." Our discussions of self-examination, acknowledgment of character defects, restitution for harm done and working with others has been beneficial in applying a life of "recovery" for him. He should be commended for his faithfulness in attendance and his open and honest sharing with the group.

Earl A. Smith Sr.
Protestant Chaplain

Monti Allison
Overcomers Sponsor
Community Volunteer

ORIG: CENTRAL FILE
CC:   INMATE

DATE    March 30, 2004          12-Step Recovery          CSP-SQ

GENERAL CHRONO

---

NAME and NUMBER          CRONK          C-87286          3-N-95-L          CDC-128-B (Rev. 4/74)

This is to acknowledge that inmate Cronk has bee a participant and facilitator for "Overcomer's Outreach" for the second (2nd) quarter of 2004. Overcomer's is a 12-Step program based on the principles of Alcoholics Anonymous and Narcotics Anonymous. In our weekly meetings we discuss and work on the problems we have faced with regard to our past addictions and/or compulsive behaviors. We also use the 12-Step guidelines to help us devise effective coping strategies that will aid us in our on going efforts to remain sober. Inmate Cronk has demonstrated a high level of commitment to this program and his contributions to our discussions as both a participant and facilitator have been valuable to the other members of our group. He is to be commended for his efforts to become a positive and productive person and for his dedication to helping the other members of the group.

Earl A. Smith
Protestant Chaplain

Monti Allison
Community Volunteer

ORIGINAL: Central File
CC: Inmate

DATE    June 30, 2004          Laudatory Chrono          GENERAL CHRONO

---

This is to acknowledge that inmate CRONK has participated in the third (3rd) quarter meetings as a Facilitator in "OVERCOMERS OUTREACH," which is a 12-Step recovery program related to the 12-Steps of Alcoholics Anonymous and the Holy Bible. In our weekly meetings we work through a workbook called, "The Twelve Steps-A Spiritual Journey." Our discussions of self-examination, acknowledgment of character defects, restitution for harm done and working with others has been beneficial in applying a life of "recovery" for him. He should be commended for his faithfulness in attendance and his open and honest sharing with the group.

Earl A. Smith Sr.
Protestant Chaplain

Monti Allison
Overcomers Sponsor
Community Volunteer

ORIG: CENTRAL FILE
CC:   INMATE

DATE    September 30, 2004          12-Step Recovery          CSP-SQ

GENERAL CHRONO

155

NAME and NUMBER                                         3N 95U                CDC-128-B (Rev. 4/74)

This is to acknowledge that inmate CRONK has participated in the rth (4th) quarter meetings as a Facilitator in "OVERCOMERS OUTREACH," which is a 12-Step recovery program related to the 12-Steps of Alcoholics Anonymous and the Holy Bible. In our weekly meetings we work through a workbook called, "The Twelve Steps-A Spiritual Journey." Our discussions of self-examination, acknowledgment of character defects, restitution for harm done and working with others has been beneficial in applying a life of "recovery" for him. He should be commended for his faithfulness in attendance and his open and honest sharing with the group.

Earl A. Smith Sr.
Protestant Chaplain

Monti Allison
Overcomers Sponsor
Community Volunteer

ORIG:  CENTRAL FILE
CC:    INMATE

DATE   December 30, 2004        12-Step Recovery           CSP-SQ

                                                                    GENERAL CHRONO

---

NAME and NUMBER        CRONK        C-87286        3N 95U

                                                              CDC-128-B (Rev. 4/74)

This is to acknowledge that inmate CRONK has participated in the First (1st) quarter meetings a Facilitator in "OVERCOMERS OUTREACH," which is a 12-Step recovery program related to the 12-Steps of Alcoholics Anonymous and the Holy Bible. In our weekly meetings we work through a workbook called, "The Twelve Steps-A Spiritual Journey." Our discussions of self-examination, acknowledgment of character defects, restitution for harm done and working with others has been beneficial in applying a life of "recovery" for him. He should be commended for his faithfulness in attendance and his open and honest sharing with the group.

Earl A. Smith Sr.
Protestant Chaplain

Monti Allison
Overcomers Sponsor
Community Volunteer

ORIG:  CENTRAL FILE
CC:    INMATE

DATE   March 31, 2005          12-Step Recovery           CSP-SQ

                                                                    GENERAL CHRONO

156

C-87286                    3-N-71U

NAME and NUMBER    CRONK                                              CDC-128-B Rev. 4/74

have known inmate CRONK, C-87286, for approximately 11 years. Inmate CRONK has worked for me as my unit clerk for approximately 5 years. His ability and skills with office equipment and the operation of the Reception Center is to be commended. CRONK works well with staff and inmates alike and has often provided practical and insightful solutions to problems. CRONK has proved to be an asset to the operation of the Reception Center, a constantly changing and stressful environment. He can be relied upon to perform his duties without supervision when necessary. In my opinion, CRONK has acquired the abilities and education which will be conducive to his reintegration into society when he is paroled. Inmate CRONK is one of those rare individuals I have seen throughout the years who in my opinion will not come back to prison.

Original:    Central File
      cc:    Inmate
             Counselor
                                                        A.D. Lee
                                                        Correctional Lieutenant
                                                        Gym Dorm/West Block

           2/02/05        (128B Laudatory Chrono)        CSP-SQ

DATE                                                            GENERAL CHRONO

---

NAME and NUMBER    CRONK              C-87286              3-N-71U        CDC-128-B Rev. 4/74

I have been a Correctional Officer for 22 years, most of that time at CSP-San Quentin. I have known inmate CRONK, C-87286, for approximately 18 years. Inmate CRONK has worked for me for approximately 6 years at different periods throughout his incarceration. Of all the inmates I interact with on a daily basis, inmate CRONK has consistently stood out from the crowd. He is clean, well groomed, and conducts himself in a healthy and positive manner. His interactions with myself and other staff has always been respectful and courteous. He gets along well with other inmates and separates himself from inmates who refuse to change their lives and/or lifestyles. Mr. CRONK is a mature, honest man, who concentrates on bettering himself, receiving an education, and helping others make a positive change in their lives as well. In my opinion, CRONK clearly understands the negative impact his past behavior has caused society and has now acquired the life skills and education which will be conducive to his reintegration into society when he is paroled. Inmate CRONK is one of those rare individuals I have seen throughout the years who in my opinion will not come back to prison.

Original:    Central File
      cc:    Inmate
                                                        J.C. Gladson
                                                        Correctional Officer

DATE       4/18/05      (128B Laudatory Chrono)         CSP-SQ

                                                                GENERAL CHRONO

157

S T A T E   O F   C A L I F O R N I A



CERTIFICATE OF RECOGNITION



*Presented To*

**Donald Cronk**
**San Quentin State Prison**

*In Honor Of*

**Ministry Certification**
**June 16, 2005**

**Senator Gloria Romero**
**Majority Leader**

158

# Certificate of Participation

## MARIN ABUSED WOMENS SERVICES
## MANKIND MENS PROGRAM

On This Day Friday, December 17, 2004
This Certificate of Participation Is Awarded To:

### DONALD CRONK

**29 MONTHS**

His participation and attendance is above average. Mr. CRONK is
Commended for his efforts in bettering himself as a man, a husband, a father, and a member of society.

❖ Providing tools and skill to create active peacemakers.

❖ Working towards ending violence in all it's forms.

❖ Developing strategies to prevent re-occurrence of violence and abusive behaviors.

❖ Acceptance of responsibility and accountability for abusive behaviors.

_____
SARAH WILDS
Success Program Coordinator

_____
Peter Van Dyk/Mark Owens
Instructor

159

nmate Cronk C-87286, was instrumental in the equipme  set-up and setting up
nd running the soundboard  or the Arts in Corrections May 1, 2004 yard show,
roviding musical entertainment for the Mainline North Block and H-unit inmate
opulation at San Quentin. Inmate Cronk is commended for his willingness to
ssist and promote the Arts in Corrections program at this institution.

*Steve Emrick*
Steve Emrick
Institutional Artist Facilitator

riginal: Central File
     cc: Inmate
         Counselor

ATE May 19, 2004              (Laudatory Chrono)                    GENERAL CHRONO

ME and NUMBER CRONK          C-87286        3 N 71              CDC-128-B (Rev.4/74)

u  e Cronk C-87286, was instrumental in the coordination, equipment set-up
d was responsible for setting up and running the sound board for the Arts in
rrections June 12, 2004 "Summer Blues Celebration" yard show/concert.
aturing Inmate band "Cold Blue Steel" and Guest Recording Artist Paul Wood
d the Memphis Underground. This performance provided entertainment for the
ainline North Block and H-Unit inmate population at San Quentin. Inmate Cronk
 commended for his willingness to assist and promote the Arts in Corrections
ogram at this institution.

*Steve Emrick*
Steve Emrick
Institutional Artist Facilitator

iginal: Central File
    cc: Inmate
        Counselor

T  June 18, 2004              (Laudatory Chrono)                    GENERAL CHRONO

ME and NUMBER CRONK          C-87286        3 N 71              CDC-128-B (Rev.4/74)

mate Cronk C-87286, was instrumental in the coordination, equipment set-up
d was responsible for setting up and running the sound board for the Arts in
rrections June 26, 2004 "4th of July Celebration" yard show/concert. This
rformance provided entertainment for the Mainline North Block and H-Unit
mate population at San Quentin. Inmate Cronk is commended for his
llingness to assist and promote the Arts in Corrections program at this
stitution.

*Steve Emrick*
Steve Emrick
Institutional Artist Facilitator

iginal: Central File
    cc: Inmate
        Counselor

                                                                   **160**

E July 6, 2004              (Laudatory Chrono)                    GENERAL CHRONO

10/13/2004

isor: NJ
Division: San Quentin
Major: Associate Of Arts

Class: Sophomore
SSN: 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

# Donald E Cronk

CRA: San Quentin A.A.

## Requirements for A.A.

| | Requirements | | Enrollment | | | | Unfulfilled | |
|---|---|---|---|---|---|---|---|---|
| Course # | Course Title | Waived | Course # | Course Title | Credits | Grade | Course # | Course Title |
| | Non-Lab Science Elective | | PSC152 | M - Physical Science | 3.00 | B | | |
| | ELE000 | | ANT100 | M - Anthropology | 3.00 | A | | |
| | ELE000 | | CIS100 | M - Computer Literacy | 3.00 | A | | |
| | ELE000 | | CIS101 | M - Computer Literacy II | 3.00 | A | | |
| | ELE000 | | HIS125 | M - American Experience | 3.00 | B | | |
| RT211 | Art Appreciation | | ART211 | Art Appreciation | 3.00 | B+ | | |
| OM146 | Communications | | COM146 | Communications | 3.00 | A | | |
| NG101 | Reading and Composition | | ENG101 | M - Reading and Composition | 3.00 | A+ | | |
| NG102 | Introduction to Literature | | ENG102 | M - Introduction to Literature | 3.00 | B+ | | |
| NG243 | Critical Thinking | | ENG270 | M - Literary Studies of The Bible | 3.00 | A | | |
| IIS101 | American History I | | HIS101 | American History I | 3.00 | A | | |
| IIS102 | European History | | HIS102 | European History | 3.00 | B- | | |
| IIS227 | Ancient World History | | NTS202 | M - Life & Teachings of Jesus | 3.00 | B+ | | |
| TUM201 | Human Values | | PHL263 | M - Ethics | 3.00 | A+ | | |
| TH115 | College Algebra | | MTH125 | M - Geometry | 3.00 | A | | |
| HL271 | Introduction to Philosophy | | PHL271 | Introduction to Philosophy | 3.00 | A | | |
| OL241 | American Government | | POL241 | American Government | 3.00 | A- | | |
| SY221 | General Psychology | | PSY221 | General Psychology | 3.00 | A | | |
| ST180 | Introduction to ReligiousTraditions of | | ENG220 | Modern World Literature | 3.00 | A | | |
| OC230 | Sociology | | SOC230 | Sociology | 3.00 | A | | |
| | | | | | 60.00 | | | |

## Unclassified Enrollment

| Course # | Course Title | Credits | Grade |
|---|---|---|---|
| SPA101 | Elementary Spanish I | 3.00 | W |
| BBL308 | Person and Work of the Holy Spirit | 3.00 | A |
| CMN231 | Evangelism & Outreach | 3.00 | A |
| MTH015 | Elementary Algebra | 3.00 | C |
| PST212 | Church Leadership & Administration | 3.00 | A |
| PST218 | Pastoral Care & Counseling | 3.00 | B+ |
| THE221 | Biblical Theology I | 3.00 | A |
| THE222 | Biblical Theology II | 3.00 | A |
| | | 24.00 | |

- Below Minimum Grade -
  - Non Categorized -
  - Non Categorized -
  - Non Categorized -
  - Non Categorized -
  - Non Categorized -
  - Non Categorized -
  - Non Categorized -
  - Non Categorized -

| | Carried | Passed | Failed | Inc. | Transfer | Qual-Pts | Average |
|---|---|---|---|---|---|---|---|
| Cum: | 84.00 | 81.00 | 0.00 | 0.00 | 0.00 | 298.80 | 3.69 |

*(R) Indicates Retake*

161

NAME and NUMBER    CRONK    C87286    3-N-071U    CDC-128-B(Rev.4/74)

The above named inmate participate. , San Quentin's College Program. He . .nded class on time and completed assigned tasks in a satisfactory manner. This inmate/student completed 3 units for the below listed class and is to be commended for his desire for academic enhancements.

Spring Semester 2005,    BBL-102,    OLD TESTAMENT SURVEY,    Grade: _A –_____

Original: Central File
    cc: Inmate
        Counselor
        Education File

Aida de Arteaga
Condemned Row Instructor/
College Coordinator

DATE:  18–May-05    **(Laudatory Chrono)**    **GENERAL CHRONO**

# GRADUATED w/ PATTON UNIVERSITY

# CERTIFICATE OF MINISTRY ON 6-16-05

STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS
                        CDC 128-B (8-87)

**NAME AND NUMBER    CRONK    C87286    3N095U**

Inmate CRONK, C87286, is to be acknowledged and highly praised for his self-motivated, studies through Ohio University's BA program. He has been in the program for almost a year and has submitted his lessons on a timely bases. His grades thus far have been very good, and I encourage him to continue down this path of higher learning.

CC: C-File
    INMATE    D. SHELDON
              S.A.I.

Monday, June 20, 2005    **LAUDITORY CHRONO**

162

NAME and NUMBER    CRONK    C87286    3-N-095L    CDC-128-B(Rev.4/74)

The above named inmate participated in San Quentin's College Program. He attended class on time and completed assigned tasks in a satisfactory manner. This inmate/student completed 3 units for the below listed class and is to be commended for his desire for academic enhancements.

Fall Semester 2003,    BBL-108,  PERSON AND WORK OF THE HOLY SPIRIT,    Grade: _A_____

Original: Central File
    cc: Inmate
        Counselor
        Education File

Aida de Arteaga
Condemned Row Instructor/
College Coordinator

DATE:  26-Jan-04                    (Laudatory Chrono)                    GENERAL CHRONO

---

NAME and NUMBER      CRONK      C87286      3-N-071U      CDC-128-B(Rev.4/74)

The above named inmate participated in San Quentin's College Program. He attended class on time and completed assigned tasks in a satisfactory manner. This inmate/student completed 3 units for the below listed class and is to be commended for his desire for academic enhancements.

Summer Semester 2004,  BBL-212,  CHURCH LEADERSHIP AND ADMINISTRATION,    Grade: _A_____

Original: Central File
    cc: Inmate
        Counselor
        Education File

Aida de Arteaga
Condemned Row Instructor/
College Coordinator

DATE:  06-Oct-04                    (Laudatory Chrono)                    GENERAL CHRONO

---

NAME and NUMBER      CRONK      C87286      3-N-071U      CDC-128-B(Rev.4/74)

The above named inmate participated in San Quentin's College Program. He attended class on time and completed assigned tasks in a satisfactory manner. This inmate/student completed 3 units for the below listed class and is to be commended for his desire for academic enhancements.

Spring Semester 2004,    PST-218,  PASTORAL CARE AND COUNSELING,    Grade: _B+____

Original: Central File
    cc: Inmate
        Counselor
        Education File

Aida de Arteaga
Condemned Row Instructor/
College Coordinator

DATE:  24-Jun-04                    (Laudatory Chrono)                    GENERAL CHRONO

163

NAME and NUMBER    CRONK                    C87286          3 N 071U        CDC-128-B (Rev. 4/74)

Inmate CRONK actively participated in Session Five (Conflict Resolution) of IMPACT's 16-Week Workshop on Violence Prevention with 100% attendance. Our workshop topics focused on: 1. Defining Conflict Resolution, 2. Peaceful Re-Entry After Conflict, 3. Effective Resolution Techniques, and 4. The Advantages Of A Violent Free Environment. Through presentations, in-depth discussion, and exercises related to the subject matter, participants learned to embrace the concept that peaceful resolution creates win-win outcomes as opposed to winners and losers. Our primary focus was geared toward learning effective resolution techniques that bring about equitable solutions. Workshop curriculum also focused on the Advantages Of A Violent Free Environment, and specifically how it brings an end to violence in our homes and communities. Inmate CRONK is to be commended for his participation in our workshop and for learning and incorporating IMPACT concepts and principles into his life.

Orig: C-File              Earl A. Smith Sr.                      Pastor Don Wesley
cc:   IMPACT File         Protestant Chaplain                   Community Volunteer
      Inmate              San Quentin State Prison

DATE:  7/26/04            (PARTICIPATION CHRONO - IMPACT)              GENERAL CHRONO

---

NAME and NUMBER    CRONK                    C87286          3 N 071U        CDC-128-B (Rev. 4/74)

Inmate CRONK actively participated in Session Four (Self-Talk) of IMPACT's 16-Week Workshop on Violence Prevention with 100% attendance. Our workshop topics helped participants: 1. Define Self-Talk, 2. Explore The Male Role Belief System, 3. Distinguish Positive Self-Talk From Negative Self-Talk, and 4. Learn How To Develop Affirmations. Participants were provided with a lecture on how the "Male Role Belief System" affects our decision making process and were involved in in-depth discussions on how self-talk is linked to corresponding actions. Workshop curriculum also focused on the development of affirmations and how they help to overcome negative behavior associated with violence. Inmate CRONK is to be commended for his participation in our Violence Prevention Workshop and for learning and incorporating IMPACT concepts and principles into his life.

Orig: C-File              Earl A. Smith Sr.                      Pastor Don Wesley
      IMPACT File         Protestant Chaplain                   Community Volunteer
      Inmate              San Quentin State Prison

DATE:  7/26/04            (PARTICIPATION CHRONO - IMPACT)              GENERAL CHRONO

164

NAME and NUMBER     CRONK                    C87286          3 N 071U          CDC-128-B (Rev. 4/74)

Inmate CRONK actively participated in S       on One of IMPACT's 16-Week Workshop      Violence Prevention with 100% attendance. Our Workshop topics helped participants: 1. Define Violence, 2. Understand Who Uses Violence And Why, 3. Learn About The Cycle Of Violence, 4. Identify How Violence Effects Our Environment, and 5. Discover How Violence Destabilizes Our Communities. Through presentations and in-depth discussions on physical, psychological, verbal, and sexual battery, participants learned to understand different forms of violence. Our primary focus was geared toward establishing a commitment to non-violence by promoting a theme that there are always alternatives, therefore violence is never an acceptable option. Workshop curriculum also focused on how violence is passed from generation to generation, and how it destabilizes our homes and communities. Inmate CRONK is to be commended for his participation in our Violence Prevention Workshop and for learning and incorporating IMPACT concepts and principles into his life.

Orig:  C-File
cc:    IMPACT File                    **Earl A. Smith Sr.**              *Pastor Don Wesley*
       Inmate                         Protestant Chaplain               **Pastor Don Wesley**
                                      San Quentin State Prison          Community Volunteer

DATE:  7/26/04              *(PARTICIPATION CHRONO - IMPACT)*              GENERAL CHRONO

---

NAME and NUMBER     CRONK                    C87286          3 N 071U          CDC-128-B (Rev. 4/74)

Inmate CRONK actively participated in Session Two (Time Outs) of IMPACT's 16-Week Workshop on Violence Prevention with 100% attendance. Our workshop topics helped participants: 1. Define Time Outs, 2. Learn About Time Out Do's And Don'ts, 3. Create Ways To Cope With Stress, and 4. Learn How To Avoid Transference Of Aggression By Embracing The Concept Of Time Outs. Presentations and discussion on the dynamics and values of Time Outs helped participants learn how the utilization of Time Outs to avoid the acute battery phase of violence creates a safe and harmonious home environment, thus stabilizing our communities. Workshop curriculum also focused on what activity participants should and should not engage in while taking a Time Out. Inmate CRONK is to be commended for his participation in our Violence Prevention Workshop and for learning and incorporating IMPACT concepts and principles into his life.

Orig:  C-File
cc:    IMPACT File                    **Earl A. Smith Sr.**              *Don Wesley*
       Inmate                         Protestant Chaplain               **Pastor Don Wesley**
                                      San Quentin State Prison          Community Volunteer

DATE:  7/26/04              *(PARTICIPATION CHRONO - IMPACT)*              GENERAL CHRONO

---

NAME and NUMBER     CRONK                    C87286          3 N 071U          CDC-128-B (Rev. 4/74)

Inmate CRONK actively participated in Session Three (Body Signals) of IMPACT's 16-Week Workshop on Violence Prevention with 100% attendance. Our workshop training focused on: 1. Defining Body Signals That Are A Precursor To Violence, 2. Recognizing Personal Body Signals, 3. Recognizing The Body Signals Of Others, and 4. The Appropriate Response To Body Signals. Through presentations and in-depth discussions participants learned to distinguish overt, as well as subtle body signals that alert us to impending violence. Our primary focus was geared toward creating ways to respond to our Body Signals in order to curtail violent encounters. Workshop curriculum also focused on recognizing the Body Signals of others to avoid and/or cease aggravating activities that could promote violence. Inmate CRONK is to be commended for his participation in our workshop and for learning and incorporating IMPACT concepts and principles into his life.

                                      **Earl A. Smith Sr.**              *Don Wesley*
Orig:  C-File                         Protestant Chaplain               **Pastor Don Wesley**          **165**
cc:    IMPACT File                    San Quentin State Prison          Community Volunteer
       Inmate

                           *(PARTICIPATION CHRONO - IMPACT)*              GENERAL CHRONO



# Certificate of Completion

Awarded To

*Donald E. Cronk*

## IMPACT

For successfully completing "MODULE II: VIOLENCE PREVENTION" of Project IMPACT

This certificate was awarded at San Quentin State Prison

On this 26th day of July in the year 2004

Incarcerated Men Putting Away Childish Things

_____
Assistant Coordinator

_____
Program Coordinator

166



# Certificate of Completion

Awarded To

*Donald E. Cronk*

# IMPACT

For successfully facilitating "MODULE III - Addictions" of Project IMPACT

This certificate was awarded at San Quentin State Prison.

On this 21st day of March in the year 2005

Incarcerated Men Putting Away Childish Things

_____
Assistant Coordinator

_____
Program Coordinator

167

NAME and NUMBER    CRONK    C87286    3 N 071U    CDC-128-B (Rev. 4/74)

IMPACT extends its appreciation to Inmate CRONK for his active role as a facilitator of Session One of the program's 16-week module entitled, "ADDICTION". Our workshops helped participants: 1. Define Addiction, 2. Identify The Symptoms Of Addiction, 3. Discover Who Is/Becomes An Addict, 4. Learn What Causes Addiction, and 5. Identify The Effects Of Addictions. Through presentations and in-depth discussions on use of mood and mind-altering substances, activities, and behaviors, participants learned to understand different forms of addiction as well as their symptoms. Our primary focus was geared toward understanding the causes of addiction by promoting a theme that social use leads to dependence and dependence always leads to addiction. Workshop curriculum also focused on how addiction impairs physical and mental health, how it depletes resources, and how continued use lowers self-esteem. Inmate CRONK is to be commended, not only for his service as a facilitator, but for the example he displays in his daily life of the Concepts and Principles that make the IMPACT Program what it is.

Orig: C-File
cc: IMPACT File
    Inmate

**Earl A. Smith Sr.**
Protestant Chaplain
San Quentin State Prison

**Pastor Don Wesley**
Community Volunteer

DATE:    **10/18/04**    *(FACILITATION CHRONO - IMPACT)*    GENERAL CHRONO

---

 E and NUMBER    **CRONK**    C87286    3 N 071U    CDC-128-B (Rev. 4/74)

IMPACT extends its appreciation to Inmate CRONK for his active role as a facilitator of Session Two of the program's 16-week module entitled, "ADDICTION". Our workshops helped participants: 1. Define Denial, 2. Recognize Addiction In Order To Avoid Denial, 3. Identify Signs Of Denial, and 4. Make A Commitment To Appropriate Treatment For Use. Through presentations and in-depth discussions on defensive mechanisms and avoidance of confrontation with personal problems, participants learned how the denial process unconsciously disavows thoughts, feelings, wishes, and needs that are related to addiction. Our primary focus was geared toward helping participants recognize addiction in order to avoid denial. Workshop curriculum also focused on identifying signs of denial and admitting powerlessness over addiction as a first step toward making a commitment to obtain treatment. Inmate CRONK is to be commended, not only for his service as a facilitator, but for the example he displays in his daily life of the Concepts and Principles that make the IMPACT Program what it is.

Orig: C-File
.cc: IMPACT File
    Inmate

**Earl A. Smith Sr.**
Protestant Chaplain
San Quentin State Prison

**Pastor Don Wesley**
Community Volunteer

E: **1/3/05**    *(FACILITATION CHRONO - IMPACT)*    GENERAL CHRONO

---

NAME and NUMBER    **CRONK**    C87286    3 N 071U    CDC-128-B (Rev. 4/74)

IMPACT extends its appreciation to Inmate CRONK for his active role as a facilitator of Session Three of the program's 16-week module entitled, "ADDICTION". Our workshops helped participants: 1. Define Treatment, 2. Investigate Different Types Of Treatment And Who Is Qualified To Provide It, 3. Discover Who Needs Treatment And Why, 4. Learn How To Find Treatment For Their Use, and 5. Commit To Seek Treatment For Addictions. Through presentations and in-depth discussions on procedures that lessen the severity of addiction participants learned how treatment is designed and evolves, and how it positively effects unwanted use. Our primary focus was geared toward different types of treatments and how a person may have to experience exposure to more than one treatment process before gaining control over their use. Workshop curriculum also focused on who is qualified to provide treatment and where it can be obtained. Inmate CRONK is to be commended, not only for his service as a facilitator, but for the example he displays in his daily life of the Concepts and Principles that make the IMPACT Program what it is.

Orig: C-File
cc: IMPACT File
    Inmate

**Earl A. Smith Sr.**
Protestant Chaplain
San Quentin State Prison

**Pastor Don Wesley**
Community Volunteer

168

DATE:    **2/14/05**    *(FACILITATION CHRONO - IMPACT)*    GENERAL CHRONO

NAME and NUMBER    CRONK                          C87286         3 N 071U         CDC-128-B (Rev. 4/74)

IMPACT extends its appreciation to Inmate CRONK for his active role as a facilitator of Session Four entitled, "SELF TALK" of the program's 16 week Violence Prevention Module. Our workshops include the following topics: 1. Defining Self-Talk, 2. Exploring The Male Role Belief System, 3. Distinguishing Positive Self-Talk From Negative Self-Talk, and 4. Learning How To Develop Affirmations. Our facilitators present lectures and oversee group discussions relating to how the "Male Role Belief System" affects our Decision-Making Process and how Self-Talk is linked to our corresponding actions. Our primary goal in this session is to recognize the Authentic Self of an individual and to connect with the positive affirmation of others as well as our selves. Our Workshops emphasis the importance of Self-Talk in order to, not only avoid violent conflicts, but also to respond to them in an "Authentic" way that will benefit all. Inmate CRONK is to be commended for his service as a facilitator, as well as his example displayed while learning and incorporating the IMPACT concepts and Principles in his day to day life.

Orig: C-File
cc:  IMPACT File
     Inmate

**Earl A. Smith Sr.**
Protestant Chaplain
San Quentin State Prison

**Pastor Don Wesley**
Community Volunteer

DATE:   6/28/04                    *(FACILITATION CHRONO - IMPACT)*              GENERAL CHRONO

---

NAME and NUMBER    CRONK                          C87286         3 N 071U         CDC-128-B (Rev. 4/74)

IMPACT extends its appreciation to Inmate CRONK for his active role as a facilitator of Session Five entitled, CONFLICT RESOLUTION of the program's 16 week Violence Prevention module. Our Workshops include the following topics: 1. Defining Conflict Resolution, 2. Peaceful Re-Entry After Conflict, 3. Effective Resolution Techniques, and 4. The Advantages Of A Violence Free Environment. Our facilitators present lectures, and coordinate exercises and discussions related to finding peaceful Re-Entry of a Violent Environment. Our Primary goal is to learn how to recognize opportunities to resolve an issue, and effective techniques that can bring about equitable solutions to any situation. Our Workshops emphasize the advantages of a Violence Free Society, and how it can bring an end to violence within our own homes and communities. Inmate CRONK is to be commended for his service as a facilitator, and his example displayed while learning and incorporating the IMPACT Concepts and Principles in his daily dealings.

Orig: C-File
     IMPACT File
     Inmate

**Earl A. Smith Sr.**
Protestant Chaplain
San Quentin State Prison

**Pastor Don Wesley**
Community Volunteer

DATE:   7/26/04                    *(FACILITATION CHRONO - IMPACT)*              GENERAL CHRONO

169

NAME and NUMBER    **CRONK**                    **C87286**        **3 N 071U**    CDC-128-B (Rev. 4/74)

IMPACT extends its appreciation to Inmate CRONK for his active role as a facilitator of Session One of the program's 16-week module entitled, "VIOLENCE PREVENTION". Our workshops include the following topics: 1. Define Violence, 2. Understand Who Uses Violence And Why, 3. Learn About The Cycle Of Violence, 4. Identify How Violence Effects Our Environment, and 5. Discover How Violence Destabilizes Our Communities. Through lectures and in-depth discussions on physical, psychological, verbal, and sexual violence, our participants gain a better understanding of the various characteristics of violence. Our primary goal is to establish a commitment to non-violence by introducing alternative options and promoting the necessary tools to achieve them. Our workshops emphasize how violence should never be an acceptable option, yet how violence has been passed down from generation to generation. Inmate CRONK is to be commended, not only for his service as a facilitator, but for the example he displays in his daily life of the Concepts and Principles that make the IMPACT Program what it is.

Orig: C-File
cc: IMPACT File
     Inmate

**Earl A. Smith Sr.**
Protestant Chaplain
San Quentin State Prison

**Pastor Don Wesley**
Community Volunteer

DATE:  **3/1/04**            *(FACILITATION CHRONO - IMPACT)*            **GENERAL CHRONO**

---

NAME and NUMBER    **CRONK**                    **C87286**        **3 N 071U**    CDC-128-B (Rev. 4/74)

IMPACT extends its appreciation to inmate CRONK for his active role as a facilitator of Session Two entitled, "TIME OUTS" of the program's 16 week Violence Prevention Module. Our workshops include the following topics: 1. Define Time Outs, 2. Learn About Time Out Do's And Don'ts, 3. Create Ways To Cope With Stress, and 4. Learn How To Avoid Transference Of Aggression By Embracing The Concept Of Time Outs. Facilitators present lectures and coordinate discussions related to past violence and the value that the "Time Outs" concept could have played. Our primary goal is to help participants learn how to utilize Time Outs to avoid the Acute Battery Phase Of Violence and create a safe and harmonious home environment and community. Our Workshops emphasis the need for Time Outs when confronted with a conflict and the activities that a person should avoid while taking a Time Out. Inmate CRONK is to be commended, not only for his service as a facilitator, but also for the example he displays incorporating the IMPACT Concepts and Principles in his day to day life.

Orig: C-File
cc: IMPACT File
     Inmate

**Earl A. Smith Sr.**
Protestant Chaplain
San Quentin State Prison

**Pastor Don Wesley**
Community Volunteer

ATE:  **4/19/04**            *(FACILITATION CHRONO - IMPACT)*            **GENERAL CHRONO**

---

NAME and NUMBER    **CRONK**                    **C87286**        **3 N 071U**    CDC-128-B (Rev. 4/74)

IMPACT extends its appreciation to Inmate CRONK for his active role as a facilitator of Session Three entitled "BODY SIGNALS" of the program's 16 week Violence Prevention Module. Our workshops include the following topics: 1. Defining Body Signals That Are A Precursor To Violence, 2. Recognizing Personal Body Signals, 3. Recognizing The Body Signals Of Others, and 4. The Appropriate Response To Body Signals. Facilitators present lectures and coordinate discussions aimed at distinguishing the overt and subtle body signals that can alert us to impending violence. Our primary goal is to introduce techniques best suited for each individual that will assist him in curtailing any violent encounter by the way he responds. Our Workshops focuses on recognizing the body signals of others, and to avoid aggravating activities that could promote violence. Inmate CRONK is to be commended, not only for his service as a facilitator, but for the example he displays in his daily life of the Concepts and Principles that make the IMPACT Program what it is.

Orig: C-File
cc: IMPACT File
     Inmate

**Earl A. Smith Sr.**
Protestant Chaplain
San Quentin State Prison

**Pastor Don Wesley**
Community Volunteer

**170**

ATE:  **5/24/04**            *(FACILITATION CHRONO - IMPACT)*            GENERAL CHRONO

NAME: CRONK                    CDC# C87286                    HOUSING: 3 N 071U

On February 10, 2005   Inmate CRONK        C87286      , attended a comprehensive **Sexual and Reproductive Health Workshop** given by the San Quentin T.R.U.S.T. (*Teaching Responsibility by Utilizing Sociological Training*) for the Development of Incarcerated Men. The **Sexual and Reproductive Health Workshop** consists of numerous exercises to raise awareness of the risks and dangers to sexual and reproductive health, how it may be damaged and the methods by which the damage can be repaired. Inmate CRONK        C87286      , actively participated in this program and should be commended for his efforts toward self-improvement.

Dr. G. Mendez, Ph. D            V. M. Crittendon, Lt.            K. J. Williams, Capt.            K. Richman, Ph. D.
Executive Director              Chief Sponsor                    Co-Chief Sponsor                 Sponsor

Original: Central File
cc: Inmate
Counselor

DATE: 17-Mar-05                            **Laudatory Chrono**

---

NAME: CRONK                    CDC# C87286                    HOUSING: 3 N 071U

On Feb. 17, Mar. 3, 05 Inmate CRONK        C87286      , attended a series of comprehensive workshops on **Work Ethics** given by the San Quentin T.R.U.S.T. (*Teaching Responsibility by Utilizing Sociological Training*) for the Development of Incarcerated Men. This **Work Ethics Workshops** consist of numerous exercises to raise awareness of the importance of good work ethics. This workshop was facilitated by representatives from a cross-section of society, identified for the participants both values and characteristics associated with good work ethics. Inmate CRONK        C87286      , actively participated in this program and should be commended for his efforts toward self-improvement.

Dr. G. Mendez, Ph. D            K. Richman, Ph. D.            K. J. Williams, Capt.            V. M. Crittendon, Lt.
Executive Director              Sponsor                      Co-Chief Sponsor                 Chief Sponsor

Original: Central File
cc: Inmate
Counselor

DATE: 08-Apr-05                            **Laudatory Chrono**

171

Patten University

10/13/2004

**Donald E Cronk**

CRA: San Quentin A.A.

Advisor: NJ
Division: San Quentin
Major: Associate Of Arts

Class: Sophomore
SSN: 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

## Requirements

| Course # | Course Title | Waived |
|---|---|---|
| | **Requirements for A.A.** | |
| | Non-Lab Science Elective | |
| | ELE000 | |
| | ELE000 | |
| | ELE000 | |
| | ELE000 | |
| ART211 | Art Appreciation | |
| COM146 | Communications | |
| ENG101 | Reading and Composition | |
| ENG102 | Introduction to Literature | |
| ENG243 | Critical Thinking | |
| HIS101 | American History I | |
| HIS102 | European History | |
| HIS227 | Ancient World History | |
| HUM201 | Human Values | |
| MTH115 | College Algebra. | |
| PHL271 | Introduction to Philosophy | |
| POL241 | American Government | |
| PSY221 | General Psychology | |
| RST180 | Introduction to ReligiousTraditions of | |
| SOC230 | Sociology | |

## Enrollment

| Course # | Course Title | Credits | Grade |
|---|---|---|---|
| PSC152 | M - Physical Science | 3.00 | B |
| ANT100 | M - Anthropology | 3.00 | A |
| CIS100 | M - Computer Literacy | 3.00 | A |
| CIS101 | M - Computer Literacy II | 3.00 | A |
| HIS125 | M - American Experience | 3.00 | B |
| ART211 | Art Appreciation | 3.00 | B+ |
| COM146 | Communications | 3.00 | A |
| ENG101 | M - Reading and Composition | 3.00 | A+ |
| ENG102 | M - Introduction to Literature | 3.00 | B+ |
| ENG270 | M - Literary Studies of The Bible | 3.00 | A |
| HIS101 | American History I | 3.00 | A |
| HIS102 | European History | 3.00 | B- |
| NTS202 | M - Life & Teachings of Jesus | 3.00 | B+ |
| PHL263 | M - Ethics | 3.00 | A+ |
| MTH125 | M - Geometry | 3.00 | A |
| PHL271 | Introduction to Philosophy | 3.00 | A |
| POL241 | American Government | 3.00 | A- |
| PSY221 | General Psychology | 3.00 | A |
| ENG220 | Modern World Literature | 3.00 | A |
| SOC230 | Sociology | 3.00 | A |
| | | 60.00 | |

## Unfulfilled

| Course # | Course Title | Credits |
|---|---|---|

## Unclassified Enrollment

| | | Credits | Grade |
|---|---|---|---|
| SPA101 | Elementary Spanish I | 3.00 | W |
| BBL308 | Person and Work of the Holy Spirit | 3.00 | A |
| CMN231 | Evangelism & Outreach | 3.00 | A |
| MTH015 | Elementary Algebra | 3.00 | C |
| PST212 | Church Leadership & Administration | 3.00 | A |
| PST218 | Pastoral Care & Counseling | 3.00 | B+ |
| THE221 | Biblical Theology I | 3.00 | A |
| THE222 | Biblical Theology II | 3.00 | A |
| | | 24.00 | |

- Below Minimum Grade -
- Non Categorized -
- Non Categorized -
- Non Categorized -
- Non Categorized -
- Non Categorized -
- Non Categorized -
- Non Categorized -

| | Carried | Passed | Failed | Inc. | Transfer | Qual-Pts | Average |
|---|---|---|---|---|---|---|---|
| Cum: | 84.00 | 81.00 | 0.00 | 0.00 | 0.00 | 298.80 | 3.69 |

(R) Indicates Retake

172

**3**

MICHAEL SATRIS, SBN 67413
CARRIE KOJIMOTO, SBN 152824
Law Offices of Michael Satris
Post Office Box 337
Bolinas, CA 94924
Telephone:    (415) 868-9200
Facsimile:    (415) 868-2658
Email:         satris@earthlink.net

Attorney for Petitioner
Donald Everett Cronk



# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF SACRAMENTO

In re the application of

DONALD EVERETT CRONK

for a Writ of Habeas Corpus.

No. _06F06029_

### APPENDIX OF EXHIBITS

### VOLUME II

TO BE LODGED WITH THE COURT
FOR RETURN TO PETITIONER
UPON COMPLETION OF PROCEEDINGS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**INDEX TO APPENDIX OF EXHIBITS LODGED WITH CRONK'S**

**PETITION FOR WRIT OF HABEAS CORPUS**

| Exh.# | Description | Page# |
|-------|-------------|-------|
| | **VOLUME I** | |
| 1 | Life Prisoner Hearing Decision Face Sheet, Recommendations and Requests for 9-14-05 Parole Hearing | 1-2 |
| 2 | Transcript of Cronk's September 14, 2005 Parole Hearing | 3-94 |
| 3 | Life Prisoner Evaluation and Post-Conviction Progress Report, August 2005 Calendar | 95-105 |
| 4 | Mental Health Evaluation of Cronk for the Board of Prison Terms, June 2005 Lifer Hearing, dated June 30, 2005 | 106-109 |
| 5 | Re-entry Plans Upon Parole submitted to the Board by Mr. Cronk for his 2005 parole hearing | 110-132 |
| 6 | Various Chronos & Certificates | 133-172 |
| | **VOLUME II** | |
| 7 | Life Prisoner Parole Hearing Decision for Cronk's March 16, 2004, Parole Hearing | 173-184 |
| 8 | Life Prisoner Evaluation and Post-Conviction Progress Report, March 2004 Calendar | 185-194 |
| 9 | Life Prisoner Parole Hearing Decision for Cronk's January 29, 2003, Parole Hearing | 195-206 |
| 10 | Cronk's request for postponement of 12-2-02 Parole Hearing to 1-29-03 | 207-209 |
| 11 | Life Prisoner Evaluation and Post-Conviction Progress Report, December 2002 Calendar | 210-219 |
| 12 | Life Prisoner Parole Hearing Decision for Cronk's December 20, 2001, Parole Hearing | 220-229 |

# INDEX TO APPENDIX OF EXHIBITS LODGED WITH CRONK'S PETITION FOR WRIT OF HABEAS CORPUS

| Exh.# | Description | Page# |
|---|---|---|
| 13 | Life Prisoner Evaluation and Post-Conviction Progress Report, December 2001 Calendar | 230-240 |
| 14 | Psychological Evaluation for the Board of Prison Terms, December 2001 Lifer Hearing, dated 10-12-01 and 9-4-01 | 241-258 |
| 15 | Life Prisoner Parole Hearing Decision for Cronk's March 5, 1997, Parole Hearing | 259-267 |
| 16 | Life Prisoner Evaluation and Post-Conviction Progress Report, March 1997 Calendar | 268-275 |
| 17 | Psychological Evaluation for the Board of Prison Terms, March 1997 Lifer Calendar | 276-277 |
| 18 | Life Prisoner Documentation Hearing Decision for Cronk's June 10, 1993, Documentation Hearing | 278-279 |
| 19 | Post-Conviction Progress Report, June 1993 | 280-282 |
| 20 | Psychological Evaluation for the Board of Prison Terms, June 1993 Lifer Hearing, dated 4/27/93 | 283-285 |
| 21 | Life Prisoner Documentation Hearing Decision for Cronk's June 25, 1990, Documentation Hearing | 286-287 |
| 22 | Post-Conviction Progress Report, June 1990 | 288-291 |
| 23 | Psychological Evaluation for the Board of Prison Terms, June 1990 Documentation Lifer Hearing, dated 5/90 | 292-293 |
| 24 | Life Prisoner Documentation Hearing Decision for Cronk's May 26, 1987, Documentation Hearing | 294-295 |
| 25 | Post-Conviction Progress Report, May 1987 | 296-297 |
| 26 | Psychological Evaluation for the Board of Prison Terms, June 1987 Documentation Lifer Hearing, dated 5/14/87 | 298-299 |

**INDEX TO APPENDIX OF EXHIBITS LODGED WITH CRONK'S**

**PETITION FOR WRIT OF HABEAS CORPUS**

| Exh.# | Description | Page# |
|-------|------------|-------|
| 27 | Probation Officer's Report | 300-329 |
| 28 | Board of Parole Hearings Lifer Parole Statistics | 330-374 |

iii

7

BOARD OF PRISON TERMS                                                    STATE OF CALIFORNIA
LIFE PRISONER HEARING DECISION FACE SHEET

( ) PAROLE GRANTED – (YES)
    CDC:  Do not release prisoner before
         Governor's review.

( ✓ ) PAROLE DENIED – (NO)
*One Year*

( ) AGREED UNSUITABLE (Attach 1001A Form)  FOR: _____ YEAR(S)

( ) HEARING POSTPONED/REASON:_____

| Records Use Only |
|---|
| Parole Release Date _____ |
| YR    MO    DAY |
| Attach Prison Calculation Sheet |

---

## PANEL RECOMMENDATIONS AND REQUESTS

**The Board Recommends:**

( ) No more 115's or 128A's          ( ✓ ) Stay discipline free
( ) Work to reduce custody level    ( ) Learn a trade*          ( ✓ ) Earn positive chronos
( ✓ ) Get self-help*                     ( ) Get therapy              ( ) Get a GED*

( ) Recommend transfer to _____
( ) Other _____

- These programs are recommended if they are offered at your prison and you are eligible/able to participate

---

**Penal Code 3042 Notices  (X ) Sent  Date:** _____ 01-30-04

Commitment Offense(s)_____ 187 & 12022.5 _____ MURDER 1ST W/ USE OF FIREARM

| Code(s) | Crime(s) |
|---|---|
| SAC 66618 | 1 |
| Case #(s) | Count #(s) |

| Date Inmate Came to CDC | Date Life Term Began | Minimum Eligible Parole Date |
|---|---|---|
| 06-13-84 | 06-13-84 | 03-02-98 |

( ) Initial Hearing    (X ) Subsequent (Hearing No) 3    ( ) Date of Last Hearing  01-29-03

| CDC Representative | |
|---|---|
| Attorney for Prisoner  RICHARD FATHY | Address |
| D.A. Representative  ROB GOLD | County        SACRAMENTO |

This form and the Board's decision at the end of the hearing is only proposed and **NOT FINAL**. <u>It will not become final until it is reviewed.</u>

| Chair  *Sharon Lawin* | Date  03/16/04 |
|---|---|
| Panel Member  *Vone McBlone dissent suitable* | Date |
| Panel Member  *(signature)* | Date |

173

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| CRONK, DONALD | C-87286 | SAN QUENTIN | SUB 3 | 03-16-04 |

BPT 1001 (Rev. 08-03)

BOARD OF PRISON TERMS                                                STATE OF CALIFORNIA

## LIFE PRISONER: PAROLE CONSIDERATION
## PROPOSED DECISION  (BPT §2041)

I.  [✓]  PAROLE DENIED   *One Year*

If this proposed decision denying parole is approved, the Board will send you a copy of the approved decision, including the reasons for denial of parole, within 30 days of the hearing.

II.  [  ]  PAROLE GRANTED

A.  Base Period of Confinement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ Months

    _____

    Case No.          Count No.          Offense

B.  Firearm Enhancement. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .+ _____ Months

C.  Other Crimes Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .+ _____ Months

    _____ _____ mos.

    Case No.          Count No.          Offense

    _____ _____ mos.

    Case No.          Count No.          Offense

    _____ _____ mos.

    Case No.          Count No.          Offense

D.  Total Term . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .= _____ Months

E.  Postconviction Credit From _____ To _____ – _____ Months
                              (Date)                 (Date)

F.  Total Period of Confinement. . . . . . . . . . . . . . . . . . . . . . . . . . = _____ Months

The period of confinement indicated is a tentative decision proposed by this panel. The decision will be reviewed pursuant to BPT §2041, and, if approved, a copy of the approved decision will be sent to you within 30 days. At that time appropriate pre-prison credits will be applied and a parole release date computed.

You will not engage in any conduct specified in BPT §2451. Such conduct may result in rescission or postponement of your parole date.

III.  If the proposed decision denying or granting parole is disapproved, you will receive a copy of the proposed decision and the reasons for disapproval. You will then receive a copy of the modified decision or will be scheduled for a new hearing, as appropriate.

### PANEL HEARING CASE

| Name | Date |
|------|------|
| *Sharon Lawin* | 03/16/04 |
| *Noreen E. Blonien* dissent (suitable) | |
| *[signature]* | 174 |

| NAME | CDC NUMBER | INSTITUTION | HEARING DATE |
|------|-----------|-------------|--------------|
| RONK, DONALD | C-287286 | SAN QUENTIN | 3-16-04 |

PT 1005 (Rev. 8/1/81)

Distribution: White—C. File
Canary—BPT
Pink—Prisoner

BOARD OF PRISON TERMS

STATE OF CALIFORNIA

# LIFE PRISONER PAROLE CONSIDERATION HEARING CHECKLIST

☐ Initial Hearing

*"ITEMS MARKED "IN 'C' FILE" FOR BOARD OF PRISON TERMS COMMISSIONERS ONLY*

☒ Subsequent Hearing

All life prisoner hearing packets are to be divided into the following seven major categories. Within each category, similar documents should be filed together in reverse chronological order. Beginning with the most recently dated document.

1. ☒ Cumulative Case Summary
2. ☒ Board Reports (All)
3. ☒ Psychiatric Reports (All)
4. ☒ Prior Decisions (AA, CRB, BPT)
5. ☒ Notices and Responses, including:
   - ☒ Notices and Responses (This hearing only)
   - ☐ Officials' Letter
   - ☐ Fearful Letters  IN "C" FILE CONFIDENTIAL FOLDER
   - ☒ Support Letters
   - ☐ _____

6. ☒ Legal Documents, including:
   - ☒ Probation Officer's Report
   - ☐ Arrest Reports, if any
   - ☒ Abstract of Judgement
   - ☐ Charging Documents
   - ☐ Appellate Decisions
   - ☒ Sentencing Transcripts
   - ☐ 1203.01 P.C. Statement
   - ☐ _____
   - ☐ _____
   - ☐ _____

7. ☒ Miscellaneous, including:
   - ☒ Crime Partner's Parole Decision, if any  IN "C" FILE CONFIDENTIAL FOLDER
   - ☒ Notice of Hearing Rights (This hearing only)
   - ☒ Disciplinary Reports and Incident Reports (All) IN "C" FILE DISCIPLINARY SECTION
   - ☒ Confidential Folder IN "C" FILE
   - ☐ Other, non-specified, but pertinent information developed since date of last hearing
   - ☐ _____
   - ☐ _____

*Exhibit 1*
*03/16/04*
*S. Lawin*

The transcript of the prior hearing, if any, is to be included in the life prisoner-hearing packet but not indexed. Checklist and packet reviewed for completeness _J. Grant_____CCRM,    Date _3/7/04_____

J. GRANT CCRS

| NAME: | CDC NUMBER | INSTITUTION |
|---|---|---|
| CRONK, DONALD | C-87286 | SAN QUENTIN STATE PRISON |

175

BOARD OF PRISON TERMS

STATE OF CALIFORNIA

# LIFE PRISONER PAROLE CONSIDERATION WORKSHEET

☐ INITIAL HEARING     ☒ SUBSEQUENT HEARING

| PRISONER'S NAME CRONK, DONALD | CDC NUMBER: C-287286 |
|---|---|
| DATE OF HEARING 03-16-04 | LOCATION SAN QUENTIN STATE PRISON |

## LEGAL STATUS

| DATE RECEIVED 06-13-84 | DATE LIFE TERM STARTS 06-13-84 | COUNTY SACRAMENTO |
|---|---|---|
| OFFENSE MURDER 1ST W/USE OF FIREARM | | CASE NUMBER SAC 66618 |
| COUNT NUMBER(S) 1 | | PENAL CODE SECTION(S) VIOLATED 187 & 1022.5 /2022.5 |
| TERMS 27 TO LIFE | | MEPD 03-02-98 |

## OTHER COMMITMENT OFFENSES OR STAYED COUNTS

| STAYED | OFFENSE | CODE SECTION | COUNTY | CASE NUMBER | COUNT NUMBER |
|---|---|---|---|---|---|
| ☐ | | | | | |
| ☐ | | | | | |
| ☐ | | | | | |
| ☐ | | | | | |

## PRESENT AT HEARING

| PANEL MEMBER LAWIN | PANEL MEMBER BLONIEN | PANEL MEMBER MOORE |
|---|---|---|

OTHERS PRESENT

☐ PRISONER (IF ABSENT, WHY?) _____

☒ ATTORNEY   RICHARD FATHY

☒ DEPUTY D.A.   ROB GOLD   COUNTY OF   SACRAMENTO

☒ OTHERS  CAROL VERIGIN (VNOK), KAREN BERLIN (SUP), SUSAN FISHER (OBS)(BPT COM)

## STATEMENT OF FACTS

☐ THE HEARING PANEL INCORPORATES BY REFERENCE FROM THE DECISION OF THE HEARING HELD

ON _____ , PAGES _____ THROUGH _____

☒ THE STATEMENT OF FACT IS

☒ QUOTED FROM THE BOARD REPORT, DATED  March 2004 , PAGE(S) One

☐ QUOTED FROM THE PROBATION OFFICER'S REPORT, PAGE(S) _____

☐ QUOTED FROM THE COURT OPINION, PAGE(S) _____

BPT 1000 (Rev. 8/90)

176

85

CALIFORNIA BOARD OF PRISON TERMS

D E C I S I O N

1
2
3    DEPUTY COMMISSIONER BLONIEN:  We are on
4    tape.
5        PRESIDING COMMISSIONER LAWIN:  Thank you.
6    And all parties have returned to the room in the
7    hearing for Donald Cronk.  Based on statements
8    made here today I feel the need to make an opening
9    statement of sorts and that is I really want
10   everyone in the room to understand that it is not
11   the Board of Prison Terms that negotiated a plea
12   agreement with Mr. Cronk, that was the District
13   Attorney.  It is not the Board of Prison Terms who
14   sentenced Mr. Cronk to life with the possibility
15   of parole, that was the court.  The Board of
16   Prison Terms is by law required to decide if Mr.
17   Cronk is suitable for parole because by law he
18   maybe entitled to parole if he qualifies for
19   suitability.  So I make that statement just to
20   sort of set the record straight in terms of what
21   our responsibility and duties are and so we have
22   carried that duty out today.  The Panel reviewed
23   all information received from the public and
24   relied on the following circumstances in
25   concluding that the prisoner is not yet suitable
26   for parole and would pose an unreasonable risk of
27   DONALD CRONK  D-87286  DECISION PAGE 1  3/16/04

177

86

1   danger to society or a threat to public safety if

2   released from prison.  This is a one-year denial

3   and it is a majority decision.  That means that

4   one of the Commissioners dissented for suitability

5   and they will make their comments in a few

6   moments.  But the majority decision is a one-year

7   denial and it was based primarily on the

8   commitment offense and the manner in which it was

9   carried out clearly shows a lack of regard for the

10  life and the suffering of in this case James Allen

11  who was shot to death in his home in an attempt to

12  rob him after burglarizing his home.  And it was

13  carried out in a cruel manner in that Mr. Allen

14  came into his own home never expecting to find

15  those that had invaded his privacy in the home.

16  He did, because he was in the line of business he

17  was in, apparently carried sums of money as well

18  as valuables, he had a firearm and for whatever

19  reason, pulled out that firearm to defend home and

20  possessions, and in doing so shot Mr. Cronk and

21  was shot by Mr. Cronk.  Mr. Allen unfortunately

22  did not survive the attack as did Mr. Cronk.  And

23  the motive for this crime is so trivial.  It goes

24  to the -- back to the issue of possessions, money,

25  it goes back to Mr. Cronk's perceived need for

26  drugs, money to buy the drugs with to support his

27  DONALD CRONK  C-87286  DECISION PAGE 2  3/16/04

178

87

1    lifestyle.  The inmate did have a very minor

2    criminal history that involved convictions,

3    involved the theft from a car which occurred in

4    1975.  For that he was fined, he pled guilty, and

5    he was given 60 days in county jail.  He did admit

6    that he has committed other crimes and that he was

7    involved in another robbery.  Thankfully, no one

8    was injured in that and Mr. Cronk was not arrested

9    for it nor charged with it nor convicted of that.

10   But he did have an unstable social history that

11   involved primarily drug use, and by the official

12   records he was not only using cocaine, he had used

13   Valium and marijuana and used alcohol, but there

14   are indications also that he was buying and

15   selling cocaine as well.  Institutionally, in the

16   Panel's view, he has not yet sufficiently

17   participated in beneficial self-help programs.

18   The doctor's report dated October 12th, 2001 is a

19   good report in a sense that it is thorough, it

20   does -- it is a positive report.  What is

21   unfortunate I guess is that the doctor really does

22   not come to any conclusion for us.  Normally we

23   see someone that says, based on all of the

24   interview, based on the various instruments used

25   in determining assessment of dangerousness, we

26   conclude that he would pose a low, moderate, high

27   DONALD CRONK   C-87286   DECISION PAGE 3   3/16/04

179

88

1    degree of threat for future violence.  The doctor

2    doesn't really provide that here, sort of dances

3    around the issue, so we are going to ask that a

4    new psychological evaluation be performed.  It

5    will probably not be a full evaluation but we

6    would like for the doctors to do what they -- what

7    we believe they're supposed to do and provide us

8    with an assessment.  So we will get an amendment

9    for the next hearing in 2005.  In terms of parole

10   plans, the inmate has appropriate parole plans.

11   He has a place to live.  He has support from

12   future wife or fiancée, and he has job offers.

13   The District Attorney's Office of Sacramento

14   County responded to PC 3042 Notices and they are

15   opposed to a finding of parole suitability, and

16   the victim's next-of-kin spoke today and read a

17   letter from the wife.  Both are opposed to a

18   finding of parole suitability.  The Panel makes

19   the following findings:  That the inmate needs

20   continued participation in self-help, not only to

21   further delve into the causative factors for his

22   participation in this life crime, but to continue

23   to develop the skills that will allow him to deal

24   with stress in a nondestructive manner.  He has

25   been doing that while in the institution but the

26   Panel believes he still has a ways to go.

27   DONALD CRONK  C-87286  DECISION PAGE 4  3/16/04

89

1    Therefore, a longer period of incarceration is

2    required before the Board should find him suitable

3    for parole.  Nevertheless, Mr. Cronk has much to

4    be commended for.  The fact that he's not had a

5    single 115 since his incarceration is exemplary.

6    He's had only one 128(a) counseling chrono and

7    that was in 1988 and it was for refusing orders.

8    He retook his GED or got his GED in '93, he has

9    completed his AA and is working on his Bachelor's.

10   He has completed vocational electronics or

11   electrician becoming IBEW, International

12   Brotherhood of Electrical Workers Approved.  He

13   also has developed skills in the audiovisual area.

14   He has participated most recently in IMPACT as the

15   facilitator in Overcomers 12-Step, taken

16   Evangelism and Outreach Program, Bible courses,

17   has become a Man Alive facilitator.  In the past,

18   self-esteem courses, AA/NA, KAIROS, Victim's

19   Awareness, and Bible courses.  He also has

20   received above average to exceptional work reports

21   as a clerk in previously -- in inmate day labor as

22   an electrician.  Positive aspects of his behavior,

23   as I said, do not yet outweigh the factors of

24   unsuitability.  During the course of the next year

25   we recommend that you remain disciplinary free,

26   which I have no doubt that you will do, and

27   DONALD CRONK  C-87286  DECISION PAGE 5  3/16/04

90

1    participate in whatever self-help is available to

2    you, add to your positive program.  There's no

3    quarrel with your program.  You obviously are an

4    exemplary inmate and you're to be commended for

5    that.  You need to keep up that good work.

6    Commissioner Blonien.

7            DEPUTY COMMISSIONER BLONIEN:  Mr. Cronk, I

8    thought you were suitable for parole today and I

9    quote you, there's been so much said today.  The

10   crime itself was extraordinarily vicious,

11   unnecessary, but the person who said that he found

12   peace with cocaine has evolved into a person who

13   would go out and contribute, in my opinion, to the

14   community.  Your job this year is complex in that

15   the people who support you and wrote you all the

16   letters will be more disappointed than you so you

17   must rally their spirit, keep them behind you, as

18   you continue to move forward to eventually return

19   to the community and repay a debt so large.  I

20   wish you well.

21           PRESIDING COMMISSIONER LAWIN:  Commissioner.

22           COMMISSIONER MOORE:  Mr. Cronk, you're -- as

23   the Commissioner has already told you, you're on

24   the right track, you're doing the right positive

25   things, continue on that path.  One of the

26   analogies I like to use is a football game.  Do

27   DONALD CRONK  C-87286  DECISION PAGE 6  3/16/04

182

91

1    you know anything about football?

2        INMATE CRONK:  Yes, Sir.

3        COMMISSIONER MOORE:  Okay, well, do you know

4    about the fourth period?

5        INMATE CRONK:  Yes, Sir.

6        COMMISSIONER MOORE:  And what do you want to

7    do in the fourth period, you want to control the

8    ball so the other team doesn't score and you don't

9    lose.  Well, that's what you have to do here at

10   this point, that's where you are in the process

11   here, you have to control the ball, continue your

12   program, control.  And there's no guarantee,

13   there's nothing says that 25 is the magic number

14   or 35 is the magic number.  It is 25 to life so,

15   and what that means is that you have to be at your

16   best all the time, be prepared when you come in

17   here.  Okay?

18       INMATE CRONK:  Yes, Sir.

19       COMMISSIONER MOORE:  All right.

20       PRESIDING COMMISSIONER LAWIN:  That

21   concludes this hearing.  It's 5:30.  I wish you

22   luck.

23       INMATE CRONK:  Thank you.

24                  --oOo--

25   PAROLE DENIED ONE YEAR

26   FINAL DATE OF DECISION_____ JUN 1 4 2004

27   DONALD CRONK  C-87286  DECISION PAGE 7  3/16/04

183

92

## CERTIFICATE AND
## DECLARATION OF TRANSCRIBER

I, WENDY THOMAS, a duly designated transcriber, CAPITOL ELECTRONIC REPORTING, do hereby declare and certify under penalty of perjury that I have transcribed tape(s) which total one in number and cover a total of pages numbered 1 through 91, and which recording was duly recorded at CALIFORNIA STATE PRISON, SAN QUENTIN at SAN QUENTIN, CALIFORNIA in the matter of the SUBSEQUENT PAROLE CONSIDERATION HEARING of DONALD CRONK, CDC No. C-87286, on MARCH 16, 2004 and that the foregoing pages constitute a true, complete, and accurate transcription of the aforementioned tape(s) to the best of my ability.

I hereby certify that I am a disinterested party in the above-captioned matter and have no interest in the outcome of the hearing.

Dated April 1, 2004 at Sacramento County, California.

Wendy Thomas
Wendy Thomas
Transcriber
**CAPITOL ELECTRONIC REPORTING**

184

LIFE PRISONER EVALUATION
SUBSEQUENT PAROLE CONSIDERATION HEARING
MARCH 2004 CALENDAR

Cronk, Donald Everett _____ C-87286

I.    COMMITMENT FACTORS

   A.    LIFE CRIME:

      Murder 1st, PC187, Assault with a Deadly Weapon (.38-caliber)
      PC12022.5. Sacramento County Superior Court Case Number
      SAC666128. The victim's name was James Allen, age 50. Sentenced to
      25 years to life with a two- year enhancement for a total term of 27 years
      to life. Cronk's minimum eligible parole date (MEPD) is 3/2/98.

      1.    Summary of Crime:

         On the morning of 12-19-80 Donald Cronk and codefendant Glen
         Meyer went to the victim's residence and broke into the residence
         by entering through the bathroom window. After ransacking the
         victim's home in search of personal effects and/or money. The two
         men lay in wait armed with an unknown caliber handgun for the
         victim to return. When the victim returned home he noticed the
         dwelling had been entered and drew his own weapon before
         entering the front door. The victim surprised Cronk and fired several
         times, striking Cronk once in the arm and once in the side of the
         torso. Cronk retrieved his handgun from his pocket and shot once,
         killing the victim. After the murder both Cronk and his codefendant,
         Glen Meyer, fled. Glen Meyer stopped long enough to pick up the
         victim's gun, briefcase and a diamond ring the victim wore. During
         the interview for this report, Cronk recalled the caliber of the
         weapon as a .38 caliber Colt Detective Special. Both Cronk and the
         codefendant fled in opposite directions. Cronk was arrested several
         months later while working for a carnival in Idaho. He offered no
         resistance while being taken into custody.

2.    **Prisoner's Version:**

Cronk stated the whole incident was because of his involvement with cocaine. He stated, "Cocaine destroyed me". He had a good job with a waterbed warehouse in Sacramento and began using cocaine. He eventually started embezzling from his former employer in an effort to increase his supply of cocaine. He was in debt approximately ten thousand dollars when he lost his job. Thereafter, he became involved with property and theft related offenses with Mr. Terry Warren and Mr. Meyer. It was through Meyer that he learned of the potential for financial gain as a result of robbing the victim. Cronk claims that he, Warren, and Meyer formed a conspiracy to rob the victim. In their original plan, they agreed to break into his residence and wait for him to return with money from his business. The trio had knowledge that the victim carried large amounts of cash, gold coins, and other valuable property in his suitcase, and a rather large diamond ring on his finger. They went to the residence armed with a Billy-club like bat, the aforementioned .38 caliber weapon and baby oil to slip the ring off the deceased victim's finger. They agreed Warren would remain down the street and ring the victim's phone to alert Cronk and Meyer of the victim's approach. For reasons unbeknownst to Cronk, the victim was able to arrive home without their notification. The victim was also able to enter the residence and surprise Cronk and Meyer while in the process of ransacking his home. The victim fired approximately six rounds at Cronk, two of which hit him. Cronk fell to the ground and drew his own weapon firing it from the hip. The single shot fired by Cronk struck the victim in the chest causing his death in approximately four to five minutes. Cronk fled and expected to be shot as he ran down the sidewalk. Cronk was bleeding profusely and lay down in some high grass across the street from the apartment complex. A short while later, Meyer came by in his truck, picked up Cronk and took him to Warren's house. Cronk states the events after the instant offense are blurred as he was in a tremendous amount of pain. Cronk acknowledges his part in the crime and accepts full responsibility. Cronk expressed deep regret for his actions and stated that he is deeply sorry for the victim's family and the grief that he has caused them. He does want the record to reflect he had originally planned this crime as a burglary only. He indicated he never dreamed it would end up as it did a murder.

3. **Aggravating/Mitigating Circumstances:**

    A.    **Aggravating Circumstances:**

> ➤ The prisoner actively planned (or was a willing participant) in the planning of the crime.
> ➤ The murder was committed by lying in wait.
> ➤ The prisoner had the opportunity to cease but continued with the crime.
> ➤ The prisoner used a weapon (.38 caliber pistol).
> ➤ The circumstances of the crime created potential for serious injury to others.

    B.    **Mitigating Circumstances:**

> ➤ The subject has minimal or no history of criminal behavior.

**B.**    **MULTIPLE CRIME(S):**

This is Cronk's only commitment offense.

**II.**    **PRE-CONVICTION FACTORS:**

**A.**    **Juvenile Record:**

Cronk had no juvenile convictions.

**B.**    **Adult Convictions/Arrests:**

**9/11/75**- Arrested by Waukesha, Wisconsin Police for Theft from an Auto. Cronk was convicted on 12/9/75 and ordered to pay a $209 fine to the court.

**7/16/81**-Arrested by Sacramento Sheriff's Office for Homicide. Cronk was convicted of Murder in the 1st degree on 6/13/84 and sentenced to State Prison for a period of 27 years to Life (Instant Offense).

**5/20/82**-Charged by Sacramento Sheriff's Office for possession of narcotics in a jail facility and possession of a dangerous weapon. The charges were dismissed by Sacramento Superior Court.

C.    **Personal Factors:**

Cronk was born on 12/20/55 to the parents of Donald and Marilyn Cronk. His father and mother are both deceased. Cronk was married to Mary Kreil in 1973. From this marriage one child, Kristen Cronk was conceived. This marriage ended in divorce in 1980. Cronk was remarried to Linda Hartman in 1987. From this marriage one child Samantha Cronk was born. This marriage ended in divorce. The POR indicates that the highest grade Cronk completed was the 11th grade. Records indicate that Cronk received his GED certificate through the American Correspondence Academy in Wisconsin. Cronk never served in the military. The POR indicates that Cronk was employed with Labries Waterbeds in Sacramento, California as a service manager from 1977 until 1980. Prior to this he was employed with Jason & Sons in Sacramento as a warehouse manager for 7 months in 1976. Case records indicate that Cronk started using cocaine in 1979 in high doses and abused alcohol. At the time of the instant offense he was using cocaine by smoking cocaine free-base at a very high dose level of 5 or 6 grams per day and drinking two to four six packs of beer per day.

III.    **POST-CONVICTION FACTORS:**

A.    **Special Accommodations/Disability:**

No special accommodations or adaptive services were required for the purpose of effective communication as required per Armstrong Remedial Plan II.

B.    **Custody History:**

Cronk was received by the California Department of Corrections (CDC) on 06/13/84, at Northern Reception Center-California Medical Facility (NRC-CMF). While at NRC-CMF he was placed in restricted housing due to possible enemy concerns with the EME, BGF, and NF Prison gangs. Cronk appeared before the Institutional Classification Committee (ICC) on 6/21/84 due to his housing in T-Restricted. Cronk was retained in T-Restricted housing per his own request due to documented friction with prison gang elements while in Sacramento County Jail due to his involvement in drug smuggling activities. The case was referred to the Districted Attorney's office for prosecution. (This case was eventually dismissed by Sacramento Superior Court on 7/26/83). Cronk was retained in T-Restricted housing pending transfer to a general population program facility. Cronk was endorsed for transfer to San Quentin (SQ) on 7/31/84. Cronk was initially placed in Administrative Segregation (Ad/Seg) due to his prior placement at NRC-Ad/Seg. Cronk was released from Ad/Seg

and granted Close B custody. He was initially placed on the vocational waiting list and was subsequently assigned to the laundry department. Cronk was placed on Ad/Seg status on 10/31/85 pending investigation into a conspiracy to aid Inmate Thomas and Inmate Reach in an escape attempt. After a thorough investigation of case factors, it was determined that Cronk was not involved in the escape attempt. Cronk was subsequently removed from Ad/Seg status and placed in his former program. Cronk was removed from his assignment to the laundry department and was reassigned to the Vocational Electronic Program in 1986. Cronk's custody remained at Close B until 02/09/88, when it was lowered to Medium A. Cronk's classification score has been 0 since 05/27/93. Cronk has completed the Vocational Electronic Program at San Quentin in 1990. After completing the Vocational Electronics class, Cronk worked in the Inmate Day Labor (IDL) as an apprentice electrician. Since that time Cronk has held primarily clerical positions. Work supervisor's reports have consistently rated Cronk above average to exceptional. Numerous laudatory chronos are noted in his central file. Cronk custody remains at Medium A with a classification score of 19. It should be noted that the increase in points is non-adverse in nature, and is a result of a change in the California Department of Corrections scoring system. He is currently assigned to the Reception Center as the West Block Lieutenant's Clerk.

C.    **Therapy & Self-Help Activities:**

Cronk has been involved in the following therapy and self-help activities per the laudatory chronos, which appear in his central file:

- Competency Certificate for the program of Electrical Construction and Maintenance 5/29/87.
- Certificate of Completion Electrical Construction and Maintenance Apprenticeship 12/15/89.
- Alcoholics Anonymous/Narcotics Anonymous 1/14/88,7/05/01,4/15/03,7/2/03,10/1/03.
- Alternatives To Violence Project-West Program (32 hours) 12/02/91. Kairos Prison Ministry Weekend 03/15/93.
- Victim's Awareness Program 8/21/96 and 5/6/93.
- High School Equivalency Certificate 07/27/93.
- Self-Esteem Enhancement (12 weeks) 3/94.
- Certificate of Achievement from the Institute In Basic Life Principles for completing the Basic Seminar 05/07/95.
- Certificate of Completion in Biblical Concepts of Evangelism 05/28/95. Certificate of Completion in Project I.M.P.A.C.T. 07/10/99.
- I.M.P.A.C.T. facilitator 11/5/03
- Overcomes OutReach-12 step recovery 7/11/02-7/1/01-10/3/01-3/30/01-1/16/03-4/17/03-5/13/03-7/10/03-10/16/03.

CRONK, DONALD    CDC#C-87286    SAN QUENTIN    MARCH 2004

189