# EXHIBIT D

IN THE

# Court of Appeal of the State of California

IN AND FOR THE

## THIRD APPELLATE DISTRICT

**FILED**

FEB - 8 2007

COURT OF APPEAL - THIRD DISTRICT
DEENA C. FAWCETT
BY_____ Deputy

In re DONALD EVERETT CRONK on Habeas Corpus.

C053979
Sacramento County
No. 06F06029

BY THE COURT:

The petition for writ of habeas corpus is denied.

Dated: February 8, 2007

BLEASE, Acting P.J.

---

cc: See Mailing List