# EXHIBIT F

Writ
Panel: Blease, J. ACTING

Morrison, J.      Court of Appeal, Third Appellate District - No. C053979

Cantil-Sakauye, J.                    S150340

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re DONALD EVERETT CRONK on Habeas Corpus

The petition for review is denied.

SUPREME COURT
**FILED**

APR 2 5 2007

Frederick K. Ohlrich Clerk

DEPUTY

GEORGE

_____
Chief Justice

RECEIVED

APR 27 2007

Clerk, Court of Appeal,
Third Appellate District