Donald E. Cronk
C-87286  3-N-71U
San Quentin State Prison
San Quentin, CA 94964

Pro Se Litigant



UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case No. C 07-05313 TEH

**Donald E. Cronk**
    Petitioner

    v.

**Robert Ayers, Jr., Warden**
    Respondent

**NOTICE OF INTENT TO FILE
TRAVERSE AND REQUEST FOR
EXTENSION OF TIME TO ANSWER
STATES'S RESPONSE**

   Petitioner, Donald E. Cronk, is a California state inmate proceeding pro se in this habeas corpus action. For the reasons set forth in the accompanying declaration, petitioner respectfully serves notice of intent to file a traverse to state's response and requests a sixty (60) day time extension.

   Dated: July 2, 2008

                                Respectfully submitted,

                                Donald E. Cronk
                                Petitioner in Pro Se

## DECLARATION

I, Donald E. Cronk, (petitioner) declare:

1. I am an inmate at San Quentin State Prison and am proceeding in the above action (C 07-05313 TEH) pro se.

2. I received Respondent's answer to above action on July 1, 2008 via U.S. Mail.

3. Respondent admits, alleges, and denies sixteen (16) separate points which will require petitioner to conduct lengthy research and respond accordingly.

4. Petitioner has no control over the daily operation of San Quentin State Prison and is concerned he may be precluded from access to the legal law library and word processor in the event of a lock down or other prison imposed restriction on inmate movement.

5. As a lay person proceeding in pro se, petitioner is not skilled or expedient in legal matters and will require additional time to research, prepare and respond to this court properly.

6. I hereby make official notice of my intent to file a traverse in above action.

7. As a result, I am respectfully requesting a sixty (60) day **time extension to file a traverse to the above action.**

8. This request is not made for any purpose of harassment, undue delay, or for any improper reason.

I declare under penalty of perjury that the above is true and correct, and that this declaration was executed on July 2, 2008, at San Quentin State Prison in Marin County, California.

_Donald Cronk_
Donald E. Cronk
Petitioner in pro se

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: AYERS v. CRONK

No.: C 07-05313 TEH

I declare:

I, Russell Trunzo, am an inmate at San Quentin State Prison. I am 18 years of age or older and not a party to this matter.

On July 02, 2008, I served the attached

**NOTICE OF INTENT TO FILE
TRAVERSE AND REQUEST FOR
EXTENSION OF TIME TO ANSWER
STATES'S RESPONSE**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at San Quentin State Prison, San Quentin, California, 94964, addressed as follows:

Office of Attorney General          Clerk of the Court
455 Golden Gate Ave.                U.S. District Court
San Francisco, CA 94102             Northern District
ATTN: Amanda J. Murray              450 Golden Gate Avenue
                                    San Francisco, CA 94102

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct; and that this declaration was executed on July 02, 2008, in Marin County, California.


Russell Trunzo C-07660                    _[signature]_
Declarant                                 Signature

