1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  JENNIFER A. NEILL
   Supervising Deputy Attorney General
5  AMANDA J. MURRAY, State Bar No. 223829
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5741
    Fax:  (415) 703-5843
8   Email:  Amanda.Murray@doj.ca.gov

9  Attorneys for Respondent

10

11              IN THE UNITED STATES DISTRICT COURT

12             FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

| DONALD EVERETT CRONK, | C 07-05313 TEH |
|---|---|
| Petitioner, | [PROPOSED] ORDER |
| v. | Judge: The Honorable Thelton E. Henderson |
| ROBERT AYERS, JR., Warden, | |
| Respondent. | |

This Court considered Respondent's Nunc Pro Tunc Request for an Extension of Time to Answer the Petition for Writ of Habeas Corpus, and good cause appearing,

**IT IS HEREBY ORDERED** that Respondent's Nunc Pro Tunc Request for an Extension of Time to Answer the Petition for Writ of Habeas Corpus is **GRANTED**.

Dated:  07/23/08

_____
THELTON
United States

*[Signature: Thelton F. Henderson]*
*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]*

20119125.wpd

[PROPOSED] ORDER

Cronk v. Ayers
C 07-05313 THE

1