IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD EVERETT CRONK, | No. C 07-5313 TEH (PR) |
| Petitioner, | ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE |
| vs. | |
| ROBERT AYERS, JR., Warden, | (Docket no. 12) |
| Respondent. | |

Petitioner, a California state prisoner, filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254. On April 28, 2008, the Court issued an order to show cause why the petition should not be granted. On June 30, 2008, Respondent filed an answer to the petition. On July 8, 2008, Petitioner filed a request for an extension of time by which to file a traverse.

Good cause appearing, Petitioner's request for an extension of time to file a traverse is GRANTED (docket no. 12). Petitioner shall file a traverse within sixty days from the date of this order.

SO ORDERED.

DATED:  07/23/08

THELTON E. HENDERSON
United States District Judge