1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   DONALD EVERETT CRONK,                    No. C-07-5313 TEH (PR)

12              Petitioner,

13        v.                                  ORDER DISMISSING PETITION FOR
                                              WRIT OF HABEAS CORPUS AS MOOT
14   ROBERT AYERS, Warden

15              Respondent.

16   _____/

17

18        On June 16, 2009, the Court learned that Petitioner Donald

19   Cronk, who filed a pro se Petition for Writ of Habeas Corpus under

20   28 U.S.C. section 2254 challenging the California Board of Parole

21   Hearings' decision finding him unsuitable for parole, was granted

22   parole at a subsequent parole suitability hearing and released from

23   prison on April 13, 2009, thus rendering his Petition in this case

24   moot.

25   //

26   //

27   //

28   //

United States District Court
For the Northern District of California

1        Accordingly, the Petition for Writ of Habeas Corpus is

2    DISMISSED as moot.   The Clerk is instructed to close the file.

3

4

5        IT IS SO ORDERED.

6

7

8    DATED      06/17/09          _____
                                  THELTON E. HENDERSON
9                                 United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   G:\PRO-SE\TEH\HC.07\Cronk-07-5313-bph dismissed as moot.wpd

27

28                                    2